UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. & MARITZA STORIE,<br>Plaintiffs,<br><br>VS.<br><br>HOUSEHOLD INTERNATIONAL, INC.,<br>BENEFICIAL FINANCE CORP.,<br>Defendants. | No._____<br><br>03 - 40268 |

## NOTICE OF REMOVAL

1. Pursuant to 28 U.S.C. § 1441(b), 1331, and 1446, the Defendants, Household International, Inc., Beneficial Finance Corp., ("Defendants") hereby remove to this Court the above-captioned state court civil action which is pending in the Worcester Superior Court, Worcester County, Commonwealth of Massachusetts.

2. On October 31, 2003, the Plaintiff, William A. Storie, filed Civil Action No. 2003-2104 C against Beneficial Finance/Household Retail Finance. The Summons and Complaint, which included a request for a preliminary injunction, were served upon the Worcester branch of Beneficial Massachusetts Inc. on October 31, 2003. The Complaint made various factual allegations regarding a certain loan transaction that closed in August of 2000 ("Loan"), but did not reference any specific statute or cause of action.

3. On November 7, 2003, the Plaintiff's request for a preliminary injunction was heard. The Superior Court issued an order granting Plaintiff's request and ordering the



Plaintiff to cease making payments on the Loan "upon payment of $90.00 and until further notice of the Court." The Superior Court set the matter down for a further hearing which was held on November 21, 2003. As of the time of the hearing on November 21, 2003, Plaintiffs had not paid the required $90.00.

4. After the hearing on November 7, 2003, Plaintiff filed a Complaint Modification for Injunction, Restitution and Other Equitable Relief on that same day pursuant to which: (a) Maritza Storie was added as a Plaintiff; (b) the named defendants were changed to Household International, INC. and Beneficial Finance Corp.; and (c) Plaintiffs asserted several federal claims. The Summons and Complaint Modification were served upon the Worcester branch of Beneficial Massachusetts Inc. on November 13, 2003.

5. On November 21, 2003, the Superior Court held a further hearing on the request for an injunction at which Plaintiffs requested a stay of the proceedings pending their attempt to obtain counsel. The Superior Court continued the previously issued injunction, set the matter down for a status conference on December 29, 2003, and stayed the matter until December 29, 2003.

6. Copies of the aforesaid pleadings and orders (and Defendants' response thereto) are attached hereto as Exhibit "A" and constitute all process, pleadings, and orders served upon Defendants in such action.

7. The amended Complaint sets forth allegations under 15 U.S.C. § 1639, the Home Ownership and Equity Protection Act ("HOEPA") and 15 U.S.C. § 1601 et seq., the

Truth in Lending Act ("TILA"). The Plaintiffs, currently acting *pro se*, claim Defendants failed to make certain required disclosures and made certain misrepresentations regarding the Loan. Plaintiff, William Storie, admits that he executed a General Release regarding the claims alleged but insists he is entitled to rescind the Release because his wife and co-Plaintiff, Maritza Storie, did not execute the Release. Plaintiffs seek injunctive relief to prevent Defendants from taking any action on the loan at issue, seek rescission of the General Release, and seek damages, including attorneys' fees. Although Defendants have not yet formally responded to Plaintiffs' Complaint Modification, Defendants deny any wrongdoing whatsoever regarding the Loan, assert that they were not properly named or served, that the Complaint Modification fails to state a claim upon which relief may be granted, that the applicable statutes of limitations have expired, that a valid and enforceable arbitration rider exists, that Plaintiff, Maritza Storie, lacks standing to assert any claims regarding the loan at issue since she was not a borrower, and that Plaintiff, William Storie, is barred from proceeding with any action relating to the Loan due to his execution of the General Release.

8. This Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1331 as the claims asserted on the face of the Complaint Modification present questions under federal law. To the extent the Complaint Modification asserts any claim under state law, this court may exercise jurisdiction over those claims as well pursuant to 28 U.S.C. § 1367(a).

9. This Notice is filed with this Court within thirty (30) days after attempted service of the Summons and Complaint.

10. By this removal, Defendants do not consent to personal jurisdiction of the Court or waive any rights with respect thereto.

>
> Defendants,
> Household International, INC. and
> Beneficial Finance Corp.,
> By their Attorneys,
> Shechtman Halperin Savage, LLP,
>
> /s/ Christine L. DeRosa
> Preston W. Halperin BBO# 218170
> Christine L. DeRosa BBO# 641171
> 86 Weybosset Street
> Providence, RI 02903
> (401) 272-1400 phone
> (401) 272-1403 fax

## CERTIFICATE OF SERVICE

I certify that the within Notice of Removal was served upon the following *pro se* Plaintiff by first class mail, postage prepaid, on November 24, 2003:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

/s/ Christine L. DeRosa
Christine L. DeRosa

4

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
William A. & Maritza Storie

## DEFENDANTS
Household International, INC., Beneficial Finance Corp.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Non-resident
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(plaintiffs are acting pro se)

59 Oakham Road
Oakham, MA 01068

ATTORNEYS (IF KNOWN)
Preston W. Halperin, Esquire
Christine L. DeRosa, Esquire
Shechtman Halperin Savage, LLP.
86 Weybosset Street-Providence, RI 02903

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiffs claim Defendants acted improperly regarding a certain loan transaction and claim Defendants violated 15 U.S.C. sec. 1639 ("HOEPA") and 15 U.S.C. sec. 1601 et seq. ("TILA").

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $unspecified  CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 11/24/03

SIGNATURE OF ATTORNEY OF RECORD
*Christine L DeRosa*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __William A. Storie v. Household International Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
    - [X] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
    - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
    - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
    - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    NA

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES [ ]   NO [X]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES [ ]   NO [X]

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES [ ]   NO [X]

    A. If yes, in which division do **all** of the non-governmental parties reside?
        Eastern Division [ ]    Central Division [ ]    Western Division [ ]

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division [ ]    Central Division [X]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    *Please see para. 5 of the Notice of Removal     YES [X]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Christine L. DeRosa__
ADDRESS __Shechtman Halperin Savage, LLP. 86 Weybosset Street Providence, RI 02903__
TELEPHONE NO. __(401) 272-1400__

(Coversheetlocal.wpd - 10/17/02)