FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC -5 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM A. & MARITZA STORIE,
    Plaintiffs,

VS.

HOUSEHOLD INTERNATIONAL, INC.,
BENEFICIAL FINANCE CORP.,
    Defendants.

No. 03-40268-NMG

## ASSENTED TO MOTION TO EXTEND TIME

Defendants, Household International, Inc. and Beneficial Finance Corp., ("Defendants") hereby move for an order allowing Defendants up until and including January 13, 2004, within which to timely respond to Plaintiffs' Complaint Modification ("amended Complaint"). As grounds for this Motion Defendants state:

1. This matter was removed from the Worcester Superior Court on or about December 1, 2003;

2. Prior to the removal, an Order had entered in the Worcester Superior Court staying the litigation of this matter until December 29, 2003;

3. Until Defendants receive further direction from this Court regarding the enforceability of the Superior Court's Order, Defendants seek to avoid any noncompliance with said order which may arise from responding to Plaintiffs' amended Complaint prior to December 29, 2003, and the deadline to respond to said Complaint, in accordance with Local Rule 81, will otherwise expire on or about December 8, 2003; and

4.  Plaintiff, William Storie, assented to the extension requested by this Motion on December 3, 2003. <u>See</u> Exhibit A.

WHEREFORE, Defendants respectfully request that their Assented to Motion be granted and Defendants allowed up until and including January 13, 2004, within which to timely respond to Plaintiffs' amended Complaint.

          Defendants,
          Household International, INC. and
          Beneficial Finance Corp.,
          By their Attorneys,
          Shechtman Halperin Savage, LLP,

          Preston W. Halperin BBO# 218170
          Christine L. DeRosa BBO# 641171
          86 Weybosset Street
          Providence, RI 02903
          (401) 272-1400 phone
          (401) 272-1403 fax

## CERTIFICATE OF SERVICE

I certify that the within Notice of Removal was served upon the following *pro se* Plaintiff by first class mail, postage prepaid, on December 4, 2003:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

          Christine L. DeRosa



# Christine Derosa

**From:** Storie, William (DMH) [William.Storie@state.ma.us]
**Sent:** Thursday, December 04, 2003 8:31 AM
**To:** Christine Derosa
**Subject:** RE:

Christine,


Bill Storie
Christine,

I have reviewed and agree to the extension.

Sincerely,

Bill

-----Original Message-----
From: Christine Derosa [mailto:cderosa@shlawri.com]
Sent: Wednesday, December 03, 2003 4:30 PM
To: Storie, William ( DMH)
Subject: RE:


Bill:

Thank you. I have attached a copy of the Motion I intend to file with the Court for your review. Kindly respond to confirm that you agree to the extension requested and I will file it with the Court. The Exhibit "A" will simply be a copy of your e-mailed assent.

Thank you for your courtesy.
Christine L. DeRosa, Esquire
Shechtman Halperin Savage, LLP.
86 Weybosset Street
Providence, RI 02903
Tel ( 401)  272-1400


-----Original Message-----
From: Storie, William ( DMH)   [mailto:William.Storie@state.ma.us]
Sent: Wednesday, December 03, 2003 3:16 PM
To: Christine Derosa
Subject:

Christine,

As per our conversation earlier today, you had requested an extension to file your "Motion to Dismiss" with the Federal Court. Since I have been

1

unable to speak to Harvard and you are on a deadline I will accept and agree
to an extension. You had mentioned mid January as a possibility. This will
be fine with me. If you have any questions feel free to contact me at
either my work or home number. I will let you know when counsel has been
"officially" retained.

Happy Holidays,

Bill Storie

2