UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 13 A 9: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM A. & MARITZA STORIE,
    Plaintiffs,
VS.

HOUSEHOLD INTERNATIONAL, INC.,
BENEFICIAL FINANCE CORP.,
    Defendants.

No. 03-40268-NMG

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION AND STAY LITIGATION PENDING ARBITRATION

Defendants, Household International, INC. and Beneficial Finance Corp., ("Defendants") hereby move to dismiss the Plaintiffs' "Complaint Modification For Injunction, Restitution and Other Equitable Relief" (hereinafter "Amended Complaint") in its entirety. As grounds for this Motion, Defendants state the Amended Complaint should be dismissed :

1. Pursuant Fed. R. Civ. P. 12(b)(6) for failure to state a claim because:

    (a) it is barred by the terms of a general release,

    (b) is time-barred by the applicable statute of limitations,

    (c) is barred by terms of a valid and enforceable mandatory arbitration provision, and

    (d) fails to comport with the notice-pleading requirement of Fed. R. Civ. P. 8(a);

2. Pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction;

3. Pursuant to Fed. R. Civ. P. 12(b)(4) and (5) for insufficiency of process and insufficiency of service of process; and

4. Pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join an indispensable party.

In further support of this Motion, Defendants rely upon and incorporate by reference the

attached Memorandum of Law and Exhibits annexed thereto. For the reasons stated therein, Defendants request that the Plaintiffs' Amended Complaint be dismissed in its entirety. In the alternative, Defendants request that an order enter compelling Plaintiffs to submit their claims to arbitration and staying this matter pending the arbitration.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss or, in the Alternative, Motion to Compel Arbitration and Stay Litigation Pending Arbitration be granted.

### Local Rule 7.1 (A)(2) Certification

Counsel for Defendants hereby certifies that she conferred with the *pro se* Plaintiff, William Storie, regarding the basis for this Motion but that efforts to resolve and/or narrow the issues were unsuccessful due to the dispositive nature of the Motion.

### REQUEST FOR ORAL ARGUMENT

In accordance with L.R. 7.1(D), Defendants respectfully request a hearing on the within Motion.

Defendants,
Household International, INC. and
Beneficial Finance Corp.,
By their Attorneys,
Shechtman Halperin Savage, LLP,

*[signature]*

Preston W. Halperin BBO# 218170
Christine L. DeRosa BBO# 641171
86 Weybosset Street
Providence, RI 02903
(401) 272-1400 phone
(401) 272-1403 fax

2

## Certificate of Service

I certify that the within Motion to Dismiss or in the Alternative, Motion to Compel Arbitration and Stay Litigation Pending Arbitration was served upon the following *pro se* Plaintiffs by overnight mail, postage prepaid, on January 12, 2004:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

*/s/ Christine L. DeRosa*
Christine L. DeRosa, Esquire