UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 23 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM A. & MARITZA STORIE, )
   Plaintiffs, )
  )
VS. ) No. 03-40268-NMG
  )
HOUSEHOLD INTERNATIONAL, INC., )
BENEFICIAL FINANCE CORP., )
   Defendants. )

## STIPULATION

The parties to this matter hereby stipulate that Plaintiffs may have up until, and including, February 20, 2004, within which to oppose or otherwise respond to Defendants' Motion to Dismiss, or in the Alternative, Motion to Compel Arbitration and Stay Litigation Pending Arbitration. Defendants agreed to this Stipulation, based in part, upon Plaintiffs' representation that they are continuing to attempt to obtain the assistance of counsel.

Plaintiffs,
William A. and Maritza Storie,

*Pro Se*

*/s/ William A. Storie/*
*/s/ Maritza Storie/*

59 Crawford Road
Oakham, MA 01068

Defendants,
Household International, INC. and
Beneficial Finance Corp.,
By their Attorneys,

Shechtman Halperin Savage, LLP,

*/s/ Christine L. DeRosa/*
Preston W. Halperin BBO# 218170
Christine L. DeRosa BBO# 641171
86 Weybosset Street
Providence, RI 02903
(401) 272-1400 phone
(401) 272-1403 fax