UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB -9  P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM A. & MARITZA STORIE,
    Plaintiffs,

VS.

HOUSEHOLD INTERNATIONAL, INC.,
BENEFICIAL FINANCE CORP.,
    Defendants.

No. 03-40268-NMG

## MOTION FOR COMPLAINT MODIFICATION to INCLUDE PLAINTIFFS' MEMORANDUM OF FACTS IN SUPPORT OF PLAINTIFFS' COMPLAINT AND WORCESTER SUPERIOR COURT TRANSCRIPTS WHEN AVAILABLE

Plaintiffs, William A. & Maritza Storie, *pro se*, respectfully submit this motion to assist in the understanding of allegations and evidence set forth by Plaintiffs in Worcester Superior Court Proceedings. Plaintiffs' **Memorandum of Facts in Support of Plainiffs' Complaint and Request For Permanent Injunction** was filed in Worcester Superior Court on 11/19/03 and hand delivered to Defendant's counsel the same day. See Ex. A. Plaintiffs were under the impression that this Memorandum of Facts would be part of the overall complaint. Plaintiffs regret this misunderstanding and are attempting to be as procedurally accurate and respectful to the courts, and Defendants' counsel, as possible in this proceedings given the Plaintiffs have been forced to continue representing this case *pro se*. Plaintiffs have lost months of preparation due to Harvard Law, (Hale-Dorr Legal Services) has now opted not to represent this case due to the fact that it will be held in Worcester Federal Court. Harvard Law accepted the case under the assumption that the case was moved to Boston. Despite this unfortunate circumstance, Plaintiffs will continue representing this case confidently, *pro se*, due to the opinion that the facts and the law favor these Plaintiffs.

Plaintiffs are very confused that Defendants' counsel continues to claim "vague assertions", appearing to not understand the allegations levied against their clients, despite evidence presented, Federal and State Laws cited, and a substantial class-action lawsuit which asserts same and similar allegations. The facts presented by Plaintiffs, as well as the law should be enough to compel this case forward. This should not be considered a response to Defendants' "Motion to Dismiss", which will follow prior to, or on February 20, 2004. It is disturbing to Plaintiffs that Defendant's Counsel received Plaintiffs "Memorandum of Facts" on November 19, 2004 and yet on Defendants "Motion to Dismiss" received by Plaintiffs on January 12, 2004, there was no mention of this information. Plaintiffs respectfully offered a tremendous amount of evidence and information to Defendants. To continue asserting "vague assertions" after they had nearly one month to understand Plaintiff's case is confusing at minimum.

Please find attached a request to Worcester Superior Court for transcripts of two hearings regarding this case prior to its removal to Federal Court by Defendants. See Ex. B. Plaintiffs feel it is important for this Federal Court to know what occurred, in total, in Worcester Superior Court regarding this action.

This Federal Courts' consideration to this motion is appreciated.


Plaintiffs,
William A. and Maritza Storie, *Pro Se*

_____
William A. Storie

_____
Maritza Storie

59 Crawford Road
Oakham, MA 01068
1-508-882-3810

3

EX. A

Case 4:03-cv-40268-FDS  Document 7  Filed 02/09/2004  Page 4 of 8

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                    SUPERIOR COURT DEPARTMENT
                                                 THE TRIAL COURT

WILLIAM A. & MARITZA STORIE,    )
    Plaintiffs,                 )
                                )
VS.                             )    No. 2003-2104 C
                                )
BENEFICIAL FINANCE/HOUSEHOLD    )
RETAIL FINANCE,                 )
    Defendants.                 )
                                )

## MEMORANDUM OF FACTS IN SUPPORT OF PLAINTIFFS COMPLAINT AND REQUEST FOR PERMANENT INJUNCTION

Plaintiffs, William A. & Maritza Storie ("Plaintiffs"), in the above-entitled matter, respectfully submit this Memorandum of Facts and Argument in Support of court's decision for Preliminary Injunction regarding claim against Defendants, Beneficial Finance Massachusetts, Household Retail Finance, & Household International ("Defendants"). Plaintiffs now seek a permanent injunction until this matter is disposed of through this State Superior Court.

### I. Introduction

Plaintiff, William A. Storie entered into two loan agreements with Beneficial Finance Massachusetts Subsidiary of Household Retail Finance, Household International, Inc., on behalf of itself, its direct and indirect subsidiaries, affiliates, officers, directors,

Ex. B

February 6, 2004

Ms. Jane Espasito
Worcester Superior Court
Worcester, MA
2 Main Street 01608-1176
Attn.: Court Stenographer, Jane Espasito

Dear Ms. Espasito,

This letter is regarding Civil Case Docket # WOCV2003-02104-C, STORIE V. HOUSEHOLD INTERNATIONAL Inc. BENEFICIAL FINANCE CORP. As Plaintiffs in this case, which has been transferred to the United States Federal Court, we are requesting the transcripts of two hearings held on 11/7/03 and 11/21/03 before Honorable Judge Tina Page. Your attention to this matter is greatly appreciated.

Sincerely,


William A Storie, Plaintiff

59 Crawford Rd.

Oakham, MA 01068
508-882-3810


cc: US Federal Court, Worcester, MA


Rec'd on
4/6/04
A Gawen, OCR

Certificate of Service

Date 2/9/04

I certify that on 2/9/04 this motion was sent to Attorneys Representing Household International/Beneficial Massachusetts, via Certified Mail through USPS.

_William A. Storie_, pro se co-plaintiff

William A. STORIE