UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 FEB 17 A 9: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM A. & MARITZA STORIE, <br> Plaintiffs, <br> VS. <br> <br> HOUSEHOLD INTERNATIONAL, INC., <br> BENEFICIAL FINANCE CORP., <br> Defendants. | No. 03-40268-NMG |

## OBJECTION TO PLAINTIFFS' MOTION FOR COMPLAINT MODIFICATION

Defendants, Household International, INC. and Beneficial Finance Corp., ("Defendants") hereby object to Plaintiffs' Motion For Complaint Modification To Include Plaintiffs' Memorandum Of Facts In Support Of Plaintiffs' Complaint And Worcester Superior Court Transcripts When Available. As grounds for this Objection, Defendants state the amendment proposed by Plaintiffs would be futile and would make it impossible for Defendants to adequately respond in accordance with the Federal Rules of Civil Procedure. In further support of this Objection, Defendants rely upon, and incorporate by reference, the attached Memorandum of Law and Exhibit annexed thereto.

WHEREFORE, Defendants respectfully request that Plaintiffs' Motion for Complaint Modification be denied.

> Defendants,
> Household International, INC. and
> Beneficial Finance Corp.,
> By their Attorneys,
> Shechtman Halperin Savage, LLP,
>
> /s/ Christine L. DeRosa
> Preston W. Halperin BBO# 218170
> Christine L. DeRosa BBO# 641171
> 86 Weybosset Street
> Providence, RI 02903
> (401) 272-1400

## Certificate of Service

I certify that the within Objection to Plaintiffs' Motion for Complaint Modification was served upon the following *pro se* Plaintiffs by first class mail, postage prepaid, on February 13, 2004:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

*Christine L. DeRosa*
Christine L. DeRosa, Esquire