

## NOTICE REGARDING LOAN SETTLEMENT STATEMENT
## AND LOAN VOUCHER OR TRUTH IN LENDING DISCLOSURE

Borrower(s) acknowledge(s) that the disbursement amounts stated on the Settlement Statement and Revolving Loan Voucher or Truth in Lending Disclosure given at the closing are estimates based on figures that are known at the time of the closing. The actual disbursement amounts, as stated on the Revolving Loan Voucher or Truth in Lending Disclosure given at the time of funding, may reflect changes due to updated payoff figures or the subsequent voluntary purchase of ancillary products provided at the time of funding.

**09-01-96 HUD - 1A SETTLEMENT STATEMENT - A**

US422741



*Pays taxes*
*(W-2 1999)*

*Home owners Insurance*
*mortgage statement*

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068,

# HOME EQUITY LOAN PROPOSAL
## FOR WILLIAM A. STORIE

### HOW MUCH EQUITY DO I HAVE AVAILABLE?

| | |
|---|---:|
| Estimated current market value of my home: | $130,000.00 |
| My loan value calculated at 100%: | $130,000.00 |
| Minus my current mortgage balance: | - $87,638.00 |
| Maximum loan I can qualify for (A): | $42,362.00 |

### WHAT ARE MY EXISTING FINANCIAL OBLIGATIONS

| Current Creditors | Monthly Payments | | Balance Owed |
|---|---:|---|---:|
| BANKAMERIC | $32.00 | | $1,498.00 |
| CHASE NA | $64.00 | | $3,304.00 |
| DISCOVR CD | $113.00 | | $5,416.00 |
| FORD MOTOR | $530.00 | | $16,983.00 |
| HB NV NA | $30.00 | | $993.00 |
| HOMED/MBGA | $36.00 | | $1,299.00 |
| SEARS | $18.00 | | $995.00 |
| Totals (B) | $823.00 | Totals (C) | $30,488.00 |

### HOW MUCH CAN I BORROW?

| | |
|---|---:|
| My proposed Beneficial Home Equity Credit Loan (A): | $32,000.00 |
| Less the amount I need to pay my creditors (C): | - $30,488.00 |
| Additional cash available: | $1,512.00 |

### HOW MUCH CAN I SAVE BY CONSOLIDATING MY DEBTS?

| | |
|---|---:|
| My current monthly payments (B): | $823.00 |
| Less my proposed Beneficial Home Equity Credit Loan monthly payment (plus insurance, if applicable): | $485.57 |
| My monthly savings with the Home Equity Credit Loan: | $337.43 |

*The main plan - payment would be @ 557.??*

*monthly savings = 265.68*

*Break Down → 1600 - origination fee (should be 100% tax write off)*
*÷ 32,000*
*200 - Document fee*
*310 - appraisal fee*
*30 - Deed ...*
*...*
*31,259 ...*

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068,

# HOME EQUITY LOAN PROPOSAL
## FOR WILLIAM A. STORIE



### WHAT WILL THE INTEREST RATE ON MY ACCOUNT BE?

| | | |
|---|---|---|
| Contract Rate: | 14.50 | Term 180   Months |
| Prepared By: | SUZANNE RAUSCHER | APR: |
| Phone Number: | (508)756-6253 | |
| Date: | 07/11/2000 | |
| | 72 MADISON STREET | |
| | WORCESTER                    , | MA |

**Comments:** PUT YOUR EQUITY TO WORK FOR YOU. TURN ALL YOUR BILLS INTO ONE LOW MONTHLY PAYMENT AND YOU MAY SAVE EVEN MORE WITH 100% TAX DEDUCTION ( IN MOST CASES)

*Maximum Credit Loan, annual percentage rate, and other terms are subject to available equity in home, individual state law and Beneficial policy. You should consult a tax advisor regarding the deductibility of interest and charges for the credit loan.

This non-binding loan proposal is for informational purposes only.  Terms are subject to change.
The terms of your loan will be governed solely by the signed loan agreement.

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068

Prepared By:    SUZANNE RAUSCHER
Phone Number:    (508)756-6253
Date:    07/11/2000

### E-Z Pay Plus Loan Proposal
### For WILLIAM A. STORIE

| | Loan Amount | Payment | Contract Rate | APR | Years | Interest Savings |
|---|---|---|---|---|---|---|
| Standard Monthly Loan | $33,800.00 | $461.54 | 14.500 | | 15.00 | |
| E-Z Pay Plus | $33,800.00 | $230.77 ** | 14.500 | 14.494 | 11.77 | |
| | | | | Savings | 3.23 | $12,645.97 |







**This example assumes you have elected the automatic loan repayment service known as E-Z Pay Plus in which payments are made every 2 weeks. This payment figure does not include the monthly fee paid to Fort Knox National Bank for this service.

This information is for illustration purposes only and is not intended to be a binding commitment. Actual figures will depend upon the contractual terms of your loan.

The illustration above assumes that you will make all your payments every 2 weeks so that we receive them on or before your scheduled due date. If you make a payment later than the scheduled due date, this schedule will be changed and you also will not realize the full savings indicated on the loan proposal above.



Terms of
Default on
Loan contract

placed. Case 4:03-cv-40268-FDS will be charged for the full cost of obtaining Filed 02/27/2004 without Page 8 of 22 any such benefit. If at any time after we have obtained this insurance, you provide adequate proof that you have subsequently purchased the required coverage, we will cancel the coverage we obtained and credit any unearned premiums to your Account.

**Exchange of Information:** You understand that from time to time we may receive credit information concerning you from others, such as stores, other lenders, and credit reporting agencies. You authorize us to share any information, on a regular basis, we obtain related to your Account, including but not limited to credit reports and insurance information, with any of our affiliated corporations, subsidiaries or other third parties. The uses of this information may include an inquiry to determine if you qualify for additional offers of credit. You also authorize us to share any information regarding your Account with any of our affiliated corporations, subsidiaries or other third parties. **You may prohibit the sharing of such information (except for the sharing of information about transactions or experiences between us and you) by sending a written request which contains your full name, Social Security Number and Address to us at P.O. Box 1547, Chesapeake, VA 23320.**

If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a Credit Reporting Agency. You agree that the Department of Motor Vehicles (or your state's equivalent of such department) may release your residence address to us, should it become necessary to locate you. You agree that our supervisory personnel may listen to telephone calls between you and our representatives in order to evaluate the quality of our service to you.

**Changes in this Agreement:** We may change the terms of this Agreement if you consent or if such changes benefit you or are insignificant. We may change any amounts that we collect for taxes, property insurance, or credit insurance, if applicable. Prior written notice of changes will be given to you when required by applicable law. Changes may apply to both new and outstanding balances unless prohibited by applicable law. Termination of your credit limit will occur only as provided in the "Default and Cancellation of Agreement" and "Suspension or Reduction of Credit Privileges" paragraphs.

**Tax Deductibility:** You should consult a tax advisor regarding the deductibility of interest and charges for the credit line.

**Default and Cancellation of Agreement:** We have the right to terminate your Credit Line Account and to require you to pay your entire balance plus all other accrued but unpaid charges immediately because of:

(a) failure to make two or more payments when due under this Agreement;

(b) fraud or material misrepresentation in connection with the credit line, including failure to supply us with any material information requested or supplying us with misleading, false, incomplete or incorrect material information;

(c) the filing of a bankruptcy petition by or against you accompanied by failure to make any payment when due under this Agreement;

(d) the death of any borrower who signs this Agreement which adversely affects the property or our rights in the property securing this Agreement;

(e) the institution of foreclosure proceedings or condemnation proceedings on the property or the institution of a trustee sale by a lienholder, or governmental seizure of the property;

(f) the sale or transfer of any interest in the property securing this Agreement, without our consent (unless our consent is not required under your Mortgage);

(g) the creation of a lien on the property if such lien adversely affects the property or our rights in the property securing this Agreement;

(h) failure to maintain the property, failure to pay real estate taxes on the property, abandonment of the property, failure to keep the property insured, or any action which is a default under your Mortgage which adversely affects the property or our rights in the property securing this Agreement; or

(i) any other action or inaction you take that adversely affects the property or our rights in the property securing this Agreement.

After default, you will pay our court costs, reasonable attorney fees (if attorney is not our salaried employee), and other collection costs related to the default, if not prohibited by applicable law.

Any balance outstanding under this Agreement when the credit limit is terminated will continue to accrue interest at the contract rate until paid in full. You agree to pay interest on any judgment at the contract rate.

**Suspension or Reduction of Credit Privileges:** We have the right to prohibit additional advances or extensions of credit and to reduce the credit limit applicable to this Agreement if:

**NOTICE: SEE THE FOLLOWING PAGES FOR ADDITIONAL PROVISIONS AND IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS.**

01-24-00 F RE
2ND MTG

MAB57914

*S050A74BDP85RLA9000MAB579140**STORIE *            ORIGINAL



*Your*
*Payment*
*Receipt*

**≈ Beneficial**
LOANS YOU CAN AFFORD
SERVICE YOU CAN RELY ON

Date: _8/11/03_ NO. 4 9 7 4 4 3 4

# *1721*

Customer Name _William/Maritza Storie_

Account Number: _521721 17 506554_

| Amount PAID | Payment Method: | ☐ Cash |
|---|---|---|
| $*520.00* | | ☒ Check |
| | | ☐ Money Order |

BY: _____
Print Name
_____
Signature

*Thank you for your payment. Your interest/charges will be reflected on your next statement. If we can be of service to you in any way, please call on us.*

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE IN ADDRESS

*Loans and payments to fit your needs.*

*Call Us Today.*



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

 **Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Account Opener  501019
521721-11030000SDLN010680000-6000F17.9974540285010195

Household
Payable through Bank One, NA
1 Bank One Plaza, Chicago, IL
Check Cashing Not Available at Bank One

70-7001
2719

November 10, 2003

Pay to the
order of  **William Storie**

SIX THOUSAND AND 00/100

AMOUNT:  **$6,000.00**
DOLLARS

**Not valid after: December 24, 2003**

Payee's Endorsement and Two Forms of ID Required.

521721-501019-454            0210270133727

By endorsing the back of this check you accept our offer and agree to
the terms of your loan agreement contained in Form #17997MA(11/03)454.
If this offer is not accepted, please destroy this check.

**Signing this check will result in a loan that must be
repaid with interest and fees.**

William Storie
59 Crawford Rd
Oakham, MA 01068-9736

*Paul J Creatura*
AUTHORIZED SIGNATURE

⑈0190044336⑈ ⑆271970011⑉ 521721501019540⑈

⚠ Sign the back of this check, and cash or deposit it before the expiration date. ⚠

 **Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Customer ID No.: 454 0285010195

72 Madison Street
Worcester, MA 01608
(508) 756-6253

# You can cash this check today for $6,000.00

Dear William Storie,

    To thank you for being a Beneficial customer, we'd like to offer you another loan.
In fact, you can take the above check to any bank or currency exchange. By
cashing it, you'll also <u>automatically</u> open a new line of credit for $8,000.00.

Sign the back of this check, and cash or deposit it before the expiration date.

**Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Customer ID No.: 454 0285010195

72 Madison Street
Worcester, MA 01608
(508) 756-6253

# You can cash this check today for $6,000.00

Dear William Storie,

To thank you for being a Beneficial customer, we'd like to offer you another loan. In fact, you can take the above check to any bank or currency exchange. By cashing it, you'll also <u>automatically</u> open a new line of credit for $8,000.00.

**Get money immediately** -- There are no forms to fill out, and you don't have to visit a Beneficial branch. Simply cash your check before December 24, 2003.

**Use the money over and over** -- This is a revolving line of credit, so as you pay it off, the money is yours to use again. Of course, you're only charged interest on the amount you use.

Once you cash your check, we'll also send you a book of checks so you can tap into the rest of your credit. If you have questions, just call us at (508) 756-6253. Whether you call or cash your check, there's no need to wait.

Sincerely,

*Karyn Ouellette*

Karyn Ouellette
Branch Manager, Beneficial

> **100% Satisfaction Guarantee**
> If you decide not to keep your new line of credit, just give the money back within 10 days. We'll waive any interest charges and fees.

P.S. To accept this loan offer, just cash the check above before December 24, 2003. If you choose not to accept this loan offer, simply destroy the check.

**We want to be sure you understand the terms of this loan. If you have any questions or want to learn more, please call the Beneficial Loan Education Center at 1-866-396-INFO (4636).**
(Lines are open Monday through Friday from 9 a.m. to 11 p.m. EST, and Saturday from 9 a.m. to 3 p.m. EST)

Your first payment will be $139.00 and is based on the initial check amount shown above. Your monthly payment is based on a percentage of your account balance and your monthly periodic rate of 1.500% (the ANNUAL PERCENTAGE RATE is 17.997%). The Account Agreement found on the back contains a full explanation of the terms and conditions of your Personal Credit Line Account, including finance charges, fees and other charges which may apply.

SPECIAL NOTICE - Please see the enclosed documents entitled "Important Notice Required Under The Fair Credit Reporting Act" and "Privacy Statement" for important information on your rights.

121/RS M    521721
R045 R21

**An Equal Opportunity Lender**
www.beneficial.com

17997MA(11/03)454
454
BNSLR





# INSTALLMENT LOAN OR LINE OF CREDIT?

**We'll set up your Beneficial loan your way.**

Both types of borrowing offer certain advantages. Consider how you'll use your loan...and how you want to pay it off. Then ask Beneficial to help you decide the best way to go.

**Choose a Revolving Credit Line for:**

- **Checkwriting convenience**
  Write checks to pay bills or make a much needed purchase.

- **Maximum flexibility**
  Use any amount of your available credit, pay interest only on the money you're using.

- **Affordable payments**
  Make the minimum monthly payment or pay more to reduce your balance more quickly.

- **Use your money again and again**
  Any amount you pay off becomes available to you again.

**Choose an Installment Loan for:**

- **The full amount of your loan right away**
  Immediate cash for bill consolidation, major expenses or large purchases.

- **Stable, affordable payments**
  You'll always know exactly what your payment is, great for budgeting.

- **A fixed interest rate**
  No changes, your interest rate is fixed for the entire term of your loan.

`close`          `print`

© 2003 Beneficial





**Beneficial**®
Loans You Can Afford. Service You Can Rely On.®
72 Madison St
Worcester, MA 01608-2026

| Customer ID No.: | 435 3084919186 |
|---|---|
| Check Amount: | $4,001.03 |

**Congratulations! Your responsible credit history
has earned you this $4,001.03 loan from Beneficial.**

Dear William Storie,

We're pleased that our sister company Household Retail Services (HRS USA) was able to provide you with the financing you needed. Now, thanks to your credit history and to the excellent way in which you've managed your current HRS USA account, we're sending you this check for $4,001.03 to open your new Beneficial account. To take advantage of this loan offer, please be sure to sign the back of the attached check before you cash it or deposit it in your bank.

Your new Beneficial account offers you a fast and easy way to get the cash you need to make a special purchase, clean up a few nagging bills, fix up the house or car--just about anything you want. It's up to you.

**We look forward to solving your financial needs.**

HRS USA and Beneficial are affiliated companies, and share a tradition that began in 1878--providing people with affordable loans, promptly and courteously. We invite you to join the over one million families who look to us for their financing needs.

**Need more money?  Beneficial can help.**

If you have questions, additional needs, or would prefer to do business in person, please stop by your local Beneficial branch office at:

**72 Madison St, Worcester
(508) 756-6253**

We have information on a number of other loan products and programs, and will be happy to discuss any additional financial needs you may have.

We look forward to working with you soon.

Sincerely,

*Kesia Ford*

Kesia Ford
Branch Manager, Beneficial

P.S.  To accept this loan offer, please be sure to sign and deposit your check before August 18, 2000. If you do not accept this offer, please remember to destroy the attached check.

* The Promissory Note and Disclosures found on the back contain a full explanation of the terms and conditions of your loan.

SPECIAL NOTICE - Please see the enclosed document entitled "Important Notice Required Under The Fair Credit Reporting Act" for important information on your rights.

530/22 B 521721
04

*Loans You Can Afford. Service You Can Rely On.*®

23292MA(07/00)435

435
BHRSC

150 - 07 05 6 105

# PROMISSORY NOTE AND DISCLOSURES

CREDITOR (Called "We", "Us", "Our"):

**Beneficial Massachusetts Inc.**
72 Madison St
Worcester, MA 01608-2026

BORROWER (Called "You", "Your"):

William Storie
59 Crawford Rd
Oakham MA 01068-9736

| • ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | • FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Date of Loan |
|---|---|---|---|---|
| 23.292% | $2,185.21 "e" | $4,001.03 | $6,186.24 "e" | July 5, 2000 "e" |

Your Payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| 48 | $128.88 | Monthly, beginning on the Payment Due Date shown on the first Billing Statement. |

**Prepayment:** If you pay off early, you may be entitled to a refund of part of the Finance Charge.

**Late Charge:** If you don't pay any payment in 10 days after it's due, you will pay 5% of the payment, (not over $5.00).

See below for any additional information about nonpayment default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

"e" means an estimate

**PROMISE TO PAY.** By signing the attached check, you agree to the terms of this Promissory Note and Disclosure and promise to pay us the Total of Payments (the sum of Finance Charge plus the Amount Financed) in monthly payments as stated above. Finance Charges include a nonrefundable Administrative Charge of $20 and interest which has been calculated in advance at the Contract Rate of 23.000% per year on the scheduled unpaid balances on the assumption the payments are made on time.

**CREDIT INQUIRY.** By endorsing the attached check, you authorized us to make periodic inquiries about you from any credit reporting agency or third party for the purpose of considering you future credit offers.

**AGREED RATE OF FINANCE CHARGE.** The Finance Charge is precomputed interest calculated according to the actuarial method on scheduled unpaid balances of Amount Financed at the rate of 23% per annum, plus a $20 nonrefundable Administrative Charge, subject to refund of interest for prepayment in full and to default and deferment charges, all in accordance with the Rate Order of the Small Loans Regulatory Board.

**DATE ON WHICH FINANCE CHARGES BEGIN. PAYMENT DATES.** This loan will be consummated on the date you cash the check for the loan proceeds which you received with this Promissory Note and Disclosures. Finance Charges will begin on the date the check is cashed.

**PREPAYMENT.** If you fully pay before the final payment due date, the amount you owe will be reduced by unearned interest (but not Administrative Charge), computed as of the payment date nearest the date of prepayment in full. Unearned interest shall be determined by the actuarial method as provided in General Laws, Ch. 140, Sec. 100.

**LATE CHARGE.** If you don't pay any payment in 10 days after it's due, you will pay 5% of the payment, (not over $5.00).

**AFTER MATURITY.** You will pay interest at the rate of 12% per year on any unpaid balance outstanding 1 year after final due date until fully paid. After judgment, you will pay interest at the maximum rate permitted by law.

**BAD CHECK CHARGE.** You will pay our expenses in the amount of $10.00 for any check in payment of your loan which is returned unpaid or dishonored.

**FAILURE TO PAY.** If you don't pay on time, (1) we will notify you of your right to bring your account up to date, and (2) if you don't bring your account up to date in 21 days, without further notifying you before bringing suit, we may sue you for the total amount you owe, less the same rebate of unearned interest (not Administrative Charge) you would receive if you fully prepaid.

**ALTERNATIVE DISPUTE RESOLUTION.** Terms of the Arbitration Provision is provided with this Promissory Note and Disclosure is incorporated herein by reference.

**EXCHANGE OF INFORMATION.** We may share information about you (including but not limited to insurance information and information obtained from credit reporting agencies) among persons related to us by common ownership or affiliated corporate control and with companies doing business with us. **You may prohibit that sharing of such information (except for the sharing of such information about transactions or experiences between us and you) by contacting us at P.O. Box 1547, Chesapeake, VA 23320 and making a request.**

**CREDIT REPORTING.** If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a credit reporting agency. You may notify us at P.O. Box 8602, Elmhurst, IL 60126 if you believe we have reported inaccurate information regarding your account to a credit reporting agency.

**ITEMIZATION OF AMOUNT FINANCED.** The entire Amount Financed (shown above) will be given directly to you.

491918-MA-913-110199
23292MA(07/00)435
MAPCCNLB
MA0456.01
04/21/00 02:40 PM



Date 08/10/2000  11:12

## APPLICATION
## FOR
## REAL ESTATE MORTGAGE LOAN

NAME(S) _William Storie_

ADDRESS _59 Crawford rd_
_Ockson on Circle_

PHONE _508 883 3810_

AMOUNT OF LOAN REQUESTED $ _30 000_

LOCATION OF REAL ESTATE _Sma_

FIRST MORTGAGE HELD BY _Gmac_

BALANCE DUE ON FIRST MORTGAGE $ _87 638_

ANNUAL PERCENTAGE RATE _____

The Annual Percentage Rate of interest or finance charges to be charged may vary and change as described in the Home Equity Credit Line Revolving Loan Agreement but will not exceed the maximum rate allowed by applicable law.

## Notice to Applicant Required by Massachusetts Law

1.  The responsibility of the attorney for the Mortgagee is to protect the interest of the Mortgagee.

2.  The Mortgagor may, at his own expense, engage an attorney of his own selection to represent his own interests in the transaction.

The loan, if approved, will be evidenced by a Home Equity Credit Line Revolving Loan Agreement which will expire no later than _7/2005_ (date), but may expire as otherwise provided in the Home Equity Credit Line Revolving Loan Agreement. As of the expiration date of the loan the Mortgagee may demand payment, may re-write the Home Equity Credit Line Revolving Loan Agreement by agreement at a greater or lesser rate of interest, or may, by agreement, allow payments to be made at the same, or a lesser, or a greater rate of interest.

Receipt of a copy of this Application is acknowledged by Applicant(s).

_____
Applicant

_____
Applicant

FORM 128 (01-29-99)

MAB12811



## REVOLVING LOAN VOUCHER

**CREDITOR**

BENEFICIAL MASSACHUSETTS INC.
72 MADISON STREET
WORCESTER MA 01608

**BORROWERS**                    LOAN NO:  521721-17-506554
STORIE, WILLIAM A
59 CRAWFORD RD
OAKHAM MA 01068

Borrowers agree to and direct the disbursements and Advance indicated below. If any estimated amount shown below varies from the actual amount paid, Borrowers agree to the disbursement of the actual amount and a corresponding change to the Advance shown below. Borrowers agree that this Advance is made under Borrowers' Revolving Loan Agreement (account number shown above.)

```
TO: BENEFICIAL ACCOUNT #  52172100527397..................................$     4713.43
TO: CHASE NA.......................................................................$     3304.00
TO: DISCOVR CD....................................................................$     5416.00
TO: FORD MOTOR...................................................................$    16983.00
TO: HOMED/MBGA..................................................................$     1266.00
TO: SEARS............................................................................$      995.00
TO: SPENCER SA....................................................................$      255.00
TO: LOAN ORIGINATION FEE.....................................................$     1850.00
TO: ANNUAL FEE....................................................................$       50.00

REAL ESTATE TITLE EXAMINATION AND/OR TITLE INSURANCE.....................$      175.00
REAL ESTATE APPRAISAL...........................................................$      310.00
OFFICIAL FEES (PAID FOR RECORDING DOCUMENTS).............................$       20.00
CASH OR CHECK TO BORROWER...................................................$     3562.57

TOTAL ADVANCE(S).................................................................$    38900.00
```

**WITNESS**                                      **BORROWERS:**

_____              _____

                                             _____

_____              _____
**DATE**
09-27-99 Voucher

                                                                        US147911



*S050A74BDP95RLV9000US147911C**STORIE        *              CUSTOMER COPY