

November 9, 2003

Attorney General Thomas Riley
Massachusetts State Attorney General
One Ashburton Place
Boston, MA 02108-1098

To Whom It May Concern:

. In August of this year, I received a release, which allowed me to have consideration in a Class action regarding Household International. I would like to rescind my release effective immediately. I have not received, nor do I want any consideration from this class action. For the following reasons;

1.  I have learned much more regarding this class action and the actions of Household International regarding my particular loan and others. If I knew then what I know now, I would never have signed the release.

2.  My wife is CO-borrower on HELOC I have with Household Int./Beneficial Finance. She did not sign the release in August. This should make the release null and void.

3.  It is my understanding that the terms in the consent agreement do not call for any immediate or future restructuring of loans ongoing obtained during this class action. Household International continues to hold secured loans obtained in alleged predatory means. As you are aware, there is significant evidence of possible violations of both State and Federal Laws. Household International did not have to admit any wrong doing on their part thereby not admitting there are thousands of loans made under possibly illegal conditions that are still in effect.


Your immediate rescinding of any involvement on my behalf regarding this class action is appreciated. Please confirm, in writing, regarding this matter.

Sincerely,


William A. Storie
59 Crawford Rd.
Oakham, MA 01068


cc: Household Retail Finance Settlement Administrator

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Household Beneficial Settlement Admin
PO BOX 3775
Portland, Oregon
            97208-3775

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brad Pierce_   ☐ Agent
                  ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
            NOV 2003
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article
   (Tra

PS Fo                                          102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Office of STATE Attorney General
        Massachusetts
One Ashburton Place
Boston, MA - 02108-1098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Willie Coughlin_   ☐ Agent
                      ☐ Addressee
B. Received by ( Printed Name)   Date of Delivery
            NOV 13 2003
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7003 0500 0004 0024 9420

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540



BENEFICIAL FINANCIAL CORPORATION

Date:            10/27/2003


From:            Payoff Department

Attn:            WILLIAM STORIE
                 59 CRAWFORD RD.
                 OAKHAM, MA 01068

Ref:             WILLIAM STORIE
Acct:            52172117506554

The amount to payoff the above-referenced account in full, is as follows:

| | |
|---|---|
| Payoff Balance (Principal + Interest): | $36,824.96 |
| PrePayment Penalty: | $0.00 |
| Reconveyance/Releasing Fee: | $75.00 |
| Other Fees: | $0.00 |
| Total Amount Due: | $36,899.96 * |
| Good Until: | 10/31/2003 |
| Per Diem: | $13.79 |

The above payoff quote is subject to a final audit. The payoff quote does not waive our rights to receive any funds, which are due and owing on this account as a result of any subsequent adjustments, which may include but are not limited to recent advances, returned items and additional fees. Additionally, we will not release any security interest until the account is paid in full.

Please reference our account number and issue a check for: $36,899.96 to BENEFICIAL FINANCIAL CORPORATION for the payoff. Please forward the payoff to the address indicated below.


For Regular Mail:                          For Overnight Mail:
BENEFICIAL FINANCIAL CORPORATION           BENEFICIAL FINANCIAL CORPORATION
Attn: Payoff Department                    Attn: Payoff Department
P.O. Box 88000                             1352-A Charwood Road
Baltimore, MD 21288                        Hanover, MD 21076

If necessary, refer to the information contained in the credit bureaus for verification of this account. BENEFICIAL FINANCIAL CORPORATION reports to each of the three major credit bureaus every 30 days: Trans Union, Experian, and Equifax.


* Note: If your loan contains one or more credit insurance products for which refunds are entitled, the net payoff amount includes all related refunds due.



For Assistance:
72 MADISON STREET
WORCESTER MA 01608
508-756-6253

**Your Credit Line is $ 37,000.00**
**Your Available Credit is $ 0.00**

### Account Summary

| Account Number | Billing Date | Due Date | Amount Past Due | Minimum Payment Due |
|---|---|---|---|---|
| 521721-17-506554-0 | 09/17/00 | 10/11/00 | .00 | 518.04 |

| Previous Balance | (-) Payments | (-) Credits & Adjustments | (+) Advances & Other Charges | (+) FINANCE CHARGE | (+) Insurance Charges | *New Balance |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | 38,900.00 | 292.79 | .00 | 39,192.79 |

### Account Detail Since Last Statement

| Transaction Date | Posting Date | Transaction Description | Transaction Amount |
|---|---|---|---|
| 08/29/00 | 08/29/00 | ORG FEE *FINANCE CHARGE* | 1,850.00 |
| 08/29/00 | 08/29/00 | ANNUAL PARTICIPATION FEE | 50.00 |
| 08/29/00 | 08/29/00 | ADVANCE | 36,495.00 |
| 08/29/00 | 08/29/00 | APPRAISAL FEE | 310.00 |
| 08/29/00 | 08/29/00 | ATTORNEY FEE | 175.00 |
| 08/29/00 | 08/29/00 | FILING FEE | 20.00 |

| Average Daily Balance | Monthly Periodic Rate | ANNUAL PERCENTAGE RATE | CURRENT FINANCE CHARGE |
|---|---|---|---|
| $ 25,096.77 | 1.167% | 14.000% | $ 292.79 |

*New Balance may or may not include interest accrued since the billing date. If you have questions on this billing, please call your local branch at 508-756-6253. Address written inquiries about billing errors or questions and all nonpayment correspondence to **Beneficial Customer Service**, 72 MADISON STREET, WORCESTER MA 01608. Please include your name, address, and account number on all correspondence. Mail payment to: BENEFICIAL FINANCE, P O BOX 88000, BALTIMORE MD 21288.

### NOTE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

BN-STMT121 (2/99)

72 MADISON STREET
WORCESTER MA 01608

 **Beneficial**®

A TRADITION OF CARING.
A COMMITMENT TO YOU.

Statement of Your Account

| Payment Coupon | Account Number | New Balance | Billing Date | Due Date | Minimum Payment Due |
|---|---|---|---|---|---|
| | 521721-17-506554-0 | 36,870.59 | 07/17/03 | 08/11/03 | 518.04 |

0717000173

Ill.....llll....lll..ll.lll.l.ll.ll.ll.ll..ll.l.l.l.ll.l.l.l.

WILLIAM A STORIE
59 CRAWFORD RD
OAKHAM MA        01068-9736

**Mail Payment To:**

lll.l.lll...lll..ll.l..lll.ll.l.l.lll.ll.lll...lll.ll.lll.l.ll
BENEFICIAL FINANCE
P O BOX 17574
BALTIMORE MD 21297-1574

l.l.l.l..ll.l.bll.l.l.l...l..ll.lll.l.l...l.l.l.l.ll

0

30005180452172117506554000368705 97

For Assistance:
72 MADISON STREET
WORCESTER MA 01608
508-756-6253

**Your Credit Line is $ 37,000.00
Your Available Credit is $ 129.00**

**Account Summary**

| Account Number | Billing Date | Due Date | Amount Past Due | Minimum Payment Due |
|---|---|---|---|---|
| 521721-17-506554-0 | 07/17/03 | 08/11/03 | .00 | 518.04 |

| Previous Balance | (-) Payments | (-) Credits & Adjustments | (+) Advances & Other Charges | (+) FINANCE CHARGE | (+) Insurance Charges | *New Balance |
|---|---|---|---|---|---|---|
| 36,963.00 | 520.00 | .00 | .00 | 427.59 | .00 | 36,870.59 |

**Account Detail Since Last Statement**

| Transaction Date | Posting Date | Transaction Description | Transaction Amount |
|---|---|---|---|
| 06/30/03 | 06/30/03 | PAYMENT | 520.00- |

For answers to Frequently Asked Questions, or to register to
make a payment online or view your account information, visit
our website at www.beneficial.com.

For information on obtaining a formal loan pay-off quote, please
call us at 800-957-0003 or visit our online e-care center at
www.beneficial.com.

| Average Daily Balance | Monthly Periodic Rate | ANNUAL PERCENTAGE RATE | CURRENT FINANCE CHARGE |
|---|---|---|---|
| $ 36,651.00 | 1.167% | 14.000% | $ 427.59 |

*New Balance may or may not include interest accrued since the billing date. If you have questions on this billing, please call Customer
Service at 508-756-6253. Written inquiries about billing errors or questions and any nonpayment correspondence, including instructions on
how to request a credit line reduction, cancellation, or reinstatement, should be addressed to   Beneficial Customer Service, 72 MADISON
STREET, WORCESTER MA 01608. Please include your name, address, and account number on all correspondence. Mail payment to:
BENEFICIAL FINANCE, P O BOX 17574, BALTIMORE MD 21297.

**NOTE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

STMT121B (01/03)



William A. Storie
Maritza Storie
59 Crawford Rd.
Oakham, MA 01068-9736

53-7159/2113

DATE Sept 4, 2002    1685

PAY TO THE ORDER OF  Beneficial Finance    $ 520.00

five hundred twenty and 100/100    DOLLARS

SPENCER SAVINGS BANK
SPENCER, MA 01562

FOR  #17-506554    William A. Storie

⑆211371599⑆ 3 27 103556⑈ 1685 /000005 2000/

---

*Your Payment Receipt*

**Beneficial**
LOANS YOU CAN AFFORD.
SERVICE YOU CAN RELY ON.®

Date: 9-11-02    NO. 3941460

Customer Name: STORIE, WILLIAM

Account Number: #17-506554

BY: Chris DePari
        Print Name

        Signature

| Amount PAID | Payment Method | ☐ Cash |
|---|---|---|
| $520.00 #1685 | | ☑ Check |
| | | ☐ Money Order |

*Thank you for your payment. Your interest/charges will be reflected on your next statement. If we can be of service to you in any way, please call on us.*

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE IN ADDRESS

*Loans and payments to fit your needs.*

*Call Us Today.*

---

WILLIAM A. STORIE
MARITZA STORIE
59 CRAWFORD RD.
OAKHAM, MA 01068-9736

53-7159/2113
327103556

1061

Date March 16, 2001

Pay to the order of  Beneficial Finance    $ 600.00

six hundred and xx/100    dollars

SPENCER SAVINGS BANK
SPENCER, MASSACHUSETTS 01562

Memo 521721 17506554 0    William A. Storie

⑆211371599⑆ 3 27 103556⑈ 1061 /000006 0000/

---

*Your Payment Receipt*

**Beneficial**
LOANS YOU CAN AFFORD.
SERVICE YOU CAN RELY ON.®

72 Madison Street
Worcester, Massachusetts 01608

Date 3-16-01    NO. 1425156

Customer Name: STORIE, WILLIAM

Account Number: #17-506554

BY: Chris DePari
        Print Name

        Signature

| Amount PAID | Payment Method | ☐ Cash |
|---|---|---|
| $600.00 #1061 | | ☑ Check |
| | | ☐ Money Order |

*Thank you for your payment. Your interest/charges will be reflected on your next statement. If we can be of service to you in any way, please call on us.*

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE IN ADDRESS

*Loans and payments to fit your needs.*

*Call Us Today.*

RECEIPT-BENE (07/00)

**WILLIAM A. STORIE**
**MARITZA STORIE**
59 CRAWFORD RD.
OAKHAM, MA  01068-9736

53-7159/2113
327103556

1110

Date *May 15, 2001*

Pay to the order of *Beneficial Finance*     $ *425.00*

*four hundred twenty*     dollars

**SPENCER SAVINGS BANK**
SPENCER, MASSACHUSETTS 01562

Memo *521721-17-506554*     *William A Storie*

⑆211371599⑆ 3 27 103556⑆ 1110     ⑈000004 2500⑈

---

*Your Payment Receipt*

**Beneficial**
LOANS YOU CAN AFFORD
SERVICE YOU CAN RELY ON®

72 Madison Street
Worcester, Massachusetts 01608    Date: *5-15-01*    NO. **1425673**

Customer Name: *STORIE   WILLIAM*

Account Number: *# 17-506 554*

| Amount PAID | Payment Method: □ Cash ☑ Check □ Money Order | BY: *Chris DePari* |
|---|---|---|
| $ *425.00* — # *1110* | | Print Name |
| | | Signature |

*Thank you for your payment. Your interest/charges will be reflected on your next statement. If we can be of service to you in any way, please call on us.*

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE IN ADDRESS

*Loans and payments to fit your needs.*

*Call Us Today.*

RECEIPT-BENE (07/00)

---

**WILLIAM A. STORIE**
**MARITZA STORIE**
59 CRAWFORD RD.
OAKHAM, MA  01068-9736

53-7159/2113
327103556

1278

Date *Sept 6, 2001*

Pay to the order of *Beneficial Finance*     $ *1000.00*

*one thousand and XX/100*     dollars

**SPENCER SAVINGS BANK**
SPENCER, MASSACHUSETTS 01562

Memo *17506554*     *William A Storie*

⑆211371599⑆ 3 27 103556⑆ 1278     ⑈0000100000⑈

---

*Your Payment Receipt*

**Beneficial**
LOANS YOU CAN AFFORD
SERVICE YOU CAN RELY ON®

Date: *9-5-01*    NO. **2120626**

Customer Name: *STORIE,   WILLIAM*

Account Number: *# 17-506,554*

| Amount PAID | Payment Method: □ Cash ☑ Check □ Money Order | BY: *Chris DePari* |
|---|---|---|
| $ *1000.00* # *1278* | | Print Name |
| | | Signature |

*Thank you for your payment. Your interest/charges will be reflected on your next statement. If we can be of service to you in any way, please call on us.*

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE IN ADDRESS

*Loans and payments to fit your needs.*

*Call Us Today.*

RECEIPT-BENE (07/00)





**Home   Sources   How Do I?   Site Map   What's New   Help**

Search Terms: <u>Beneficial Finance, 72 Madison</u>

**FOCUS™** [                    ]   [Search Within Results]

<u>Edit Search</u>
[Print] [Email]
**Document 1 of 1.**

Full

Copyright 2004 infoUSA.com, Inc.
US Business Directory

BENEFICIAL FINANCE
**72 MADISON** ST
WORCESTER, MA  01608-2026 UNITED STATES
TEL: 508-756-6253
ABI-NO: 840398606

**COUNTY:** 25027  WORCESTER

**POPULATION:** 100,000 - 249,999    DD

**CARRIER-CODE:** C009

**PRI-SIC:** 614102  FINANCING

**2ND-SIC:** 616201  REAL ESTATE LOANS
    614101  LOANS

**LOC-SALES:** UNKNOWN    LL

**LOC-EMPLOYEES:** 5

**PAR-EMPLOYEES:**  UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** KARYN OUELLETTE, MANAGER

**AD-SIZE:** BOLD LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 23, 2004

**Document 1 of 1.**

<u>Terms & Conditions</u>   <u>Privacy</u>   <u>Copyright</u> © 2004 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserve



**Search Terms: Beneficial Massachusetts**

**FOCUS™** [              ]    Search Within Results         Edit Search

Print | Email

◄◄ previous  **Document 4 of 7.**
next ►►

Documents   Source   Citation   Guide   Full

Copyright 2004 infoUSA.com, Inc.
US Business Directory

**BENEFICIAL MASSACHUSETTS** INC
285 CENTRAL ST # 104
LEOMINSTER, MA  01453-6144 UNITED STATES
TEL: 978-534-9880
ABI-NO: 600836126

**COUNTY:** 25027  WORCESTER

**POPULATION:** 25,000 - 49,999    BB

**CARRIER-CODE:** C030

**PRI-SIC:** 614102  FINANCING

**2ND-SIC:** 616201  REAL ESTATE LOANS
614101  LOANS

**LOC-SALES:** UNKNOWN    LL

**LOC-EMPLOYEES:**  4

**PAR-EMPLOYEES:**  UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE: January** 23, 2004

◄◄ previous  **Document 4 of 7.** next ►►

Terms & Conditions   Privacy   Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserve



Household-Beneficial Settlement Administrator
PO Box 4218
Portland, OR  97208-4218



CA2390    402202          00452
WILLIAM A STORIE
59 CRAWFORD RD
OAKHAM MA 01068-9736

Release Number: 101801
Award: $322.97
Check Number:    402202

Form G2801

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Household-Beneficial Settlmt Admin.
PO Box 3775
Portland, OR 97208-3775

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brad Price*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   FEB 0 2 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
   (Tran

PS Form

2595-02-M-1540