United States District Court
District of Massachusetts

FILED
S OFFICE

2004 MAR 11  P 3:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

William A. & Maritza Storie,
    Plaintiffs,

V.S.

Household International Inc.,
Beneficial Finance Corp,
Beneficial Massachusetts
    Defendants.

No. 03-40268-NMG

Motion For Leave to File Response of Reply Due to
Defendants presenting Materially False and Misleading Evidence
to This Federal Court.

Plaintiffs,
William A and Maritza Storie, pro se

William A Storie

Maritza Storie
59 Crawford Rd
Oakham, MA 01068

Certificate of Service

    I certify the above Motion For Leave to File Response of Reply Due to
Defendants presenting materially False and Misleading Evidence to this Federal Court
was served upon the following attorneys Representing Defendants by USPS Priority
Mail on March 11, 2004.

William A Storie