UNITED STATES DISTRICT COURT  FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2004 MAR 18  A 10: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| WILLIAM A. & MARITZA STORIE,<br>Plaintiffs,<br>VS.<br>HOUSEHOLD INTERNATIONAL, INC.,<br>BENEFICIAL FINANCE CORP.,<br>Defendants. | No. 03-40268-NMG |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE

Defendants, Household International, INC. and Beneficial Finance Corp., ("Defendants") hereby object to Plaintiffs' Motion For Leave to File Response of Reply Due to Defendants Presenting Materially False and Misleading Evidence to this Federal Court. It appears that Plaintiffs are seeking leave to supplement their Objection to Defendants' pending Motion to Dismiss.

As grounds for this Objection, Defendants state that: (1) they have not misled this Court; (2) the issues raised in the proposed supplemental objection are irrelevant to the determination of the Motion to Dismiss; (3) the proposed supplemental objection is inflammatory and unfairly prejudicial to Defendants; (4) the proposed supplemental objection is untimely; and (5) allowing the proposed supplemental objection would permit Plaintiffs to muddle an otherwise clear-cut case which must be dismissed due to Plaintiffs' execution of a settlement agreement and general release in favor of Defendants, the expiration of the applicable statute of limitations, the provisions of a valid and enforceable arbitration rider, Plaintiffs' failure to properly name and serve the Defendants, and Plaintiffs' failure to comply with Fed. R. Civ. P. 8(a).

In further support of this Objection, Defendants rely upon, and incorporate by reference, the attached Memorandum of Law and Exhibits referenced therein.

WHEREFORE, Defendants respectfully request that Plaintiffs' Motion for Leave be denied.

Defendants,
Household International, INC. and
Beneficial Finance Corp.,
By their Attorneys,
Shechtman Halperin Savage, LLP,

/s/ Christine L. DeRosa
Preston W. Halperin BBO# 218170
Christine L. DeRosa BBO# 641171
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

## Certificate of Service

I certify that the within Objection to Plaintiffs' Motion for Leave was served upon the following *pro se* Plaintiffs by first class mail, postage prepaid, on March 17, 2004:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

/s/ Christine L. DeRosa
Christine L. DeRosa, Esquire

2