

# Commonwealth of Massachusetts
## County of Worcester
### The Superior Court

CIVIL DOCKET# **WOCV2003-02104**

RE:   **Storie v Beneficial Finance/Household Retail Finance**

## PRELIMINARY INJUNCTION

This action came on to be heard before the Court upon the return of an Order of Notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and upon consideration thereof,

It is **ORDERED and ADJUDGED** that upon payment to the clerk of the sum of $90.00, and until further order of the Court, the application under the prayers of the complaint is hereby granted; and the plaintiff William A. Storie is ordered not to make any payments to the defendant until after the hearing on November 17, 2003 @ 2:00 P.M. when this Court will hear further testimony.

Dated at Worcester, Massachusetts this 10th day of November, 2003.

Tina S. Page, Justice

BY: _Denise D Foley_
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

cvdpinj.wpd 979636 pinj williams

**SHECHTMAN**

**HALPERIN**

**SAVAGE**

ATTORNEYS AT LAW

*A Limited Liability Partnership*

Christine L. DeRosa, Esquire
cderosa@shlawri.com

November 25, 2003

United States District Court
District of Massachusetts
Attn: Francis
1 Courthouse Way
Boston, Massachusetts 02210

**RE:    William A. & Martiza Storie v. Beneficial et al.,
         Worcester Superior Court, C.A. No. 2003-2104C;
         Removal from State Court**

Dear Francis:

Thank you for forwarding the Notice of Removal we filed to the Central Division. In accordance with the instructions contained in the category sheet, please be advised that there is one motion currently pending in the Superior Court as set forth in Paragraph 5 of the Notice of Removal. The Plaintiff sought a preliminary injunction. An initial hearing was held on November 7th and an injunction was issued. The order was attached as an exhibit to the Notice of Removal. A subsequent hearing was held on November 21, 2003, at which time the injunction was ordered to continue in effect, the entire was matter was stayed and the hearing continued until December 29, 2003. A copy of that handwritten order was also attached to the Notice. Today I received a typed copy of the order which I have enclosed.

Please call me at (401) 272-1400 should you need any further information. Thank you for your anticipated assistance.

Very truly yours,

Christine L. DeRosa

Enclosure
cc: William A. and Maritza Storie, *pro se*



72 MADISON STREET
WORCESTER MA 01608

ACCOUNT NUMBER

521721-17-506554 0

┌─────────────────┐
│ INDICATE AMOUNT │
│   OF PAYMENT    │
│                 │
└─────────────────┘

WILLIAM A STORIE                BENEFICIAL FINANCE
59 CRAWFORD RD                  P O BOX 17574
OAKHAM MA 01068                 BALTIMORE MD 21297

0          3001034125217211750655400036645486          --

ADDRESS CHANGE: Check to indicate change and enter balance changes of new address and phone number.
RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO "HOUSEHOLD". WRITE ACCOUNT NUMBER ON CHECK

NOTICE DATE:    12/01/03                         508-756-6253

AS OF THE DATE OF THIS NOTICE, WE HAVE NOT RECEIVED YOUR
PAST DUE PAYMENT.  A PAYMENT OF $1034.12 WHICH INCLUDES THE
PAST DUE AMOUNT AND YOUR CURRENT PAYMENT IS NOW DUE.  IF
THIS PAYMENT CANNOT BE MADE PROMPTLY, WE WILL EXPECT YOU
TO CONTACT OUR OFFICE TO DISCUSS YOUR ACCOUNT.

            PAST DUE AMOUNT:  $516.08

AS AN ESTABLISHED CUSTOMER, WE WANT TO ASSURE YOU THAT WE
ARE READY TO ASSIST YOU WITH YOUR FINANCIAL NEEDS IN ANY WAY
WE CAN.  BY CALLING THE TOLL-FREE NUMBER LISTED ABOVE, WE
CAN PROVIDE YOU WITH A LISTING OF COUNSELING AGENCIES THAT
MAY BE ABLE TO ASSIST YOU THROUGH FINANCIAL COUNSELING.
PLEASE GIVE US A CALL OR STOP BY.

72 MADISON STREET
WORCESTER MA 01608



**Beneficial®**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Statement of Your Account

| Payment<br>Coupon | Account Number | New Balance | Billing Date | Due Date | Minimum Payment Due |
|---|---|---|---|---|---|
| | 521721-17-506554-0 | 36,645.48 | 11/17/03 | 12/11/03 | 1,034.12 |

1117000173

Mail Payment To:

WILLIAM A STORIE

‖‖.‖.‖‖.‖‖.‖.‖.‖.‖.‖‖‖.‖.‖‖..‖.‖.‖‖.‖‖.‖.‖.‖‖
BENEFICIAL FINANCE
P O BOX 17574
BALTIMORE MD 21297-1574

‖.‖.‖...‖.‖‖.‖‖.‖..‖..‖‖.‖.‖.‖..‖.‖.‖‖

0            3001034125217211750655400036645486

For Assistance:
72 MADISON STREET
WORCESTER MA 01608
508-756-6253

### Your Credit Line is $ 37,000.00
### Your Available Credit is $ 354.00

### Account Summary

| Account Number | Billing Date | Due Date | Amount Past Due | Minimum Payment Due |
|---|---|---|---|---|
| 521721-17-506554-0 | 11/17/03 | 12/11/03 | 516.08 | 1,034.12 |

| Previous Balance | (-) Payments | (-) Credits &<br>Adjustments | (+) Advances &<br>Other Charges | (+) FINANCE<br>CHARGE | (+) Insurance<br>Charges | *New Balance |
|---|---|---|---|---|---|---|
| 37,165.48 | 520.00 | .00 | .00 | .00 | .00 | 36,645.48 |

### Account Detail Since Last Statement

| Transaction Date | Posting Date | Transaction Description | Transaction Amount |
|---|---|---|---|

EXCLUSIVELY FOR BENEFICIAL CUSTOMERS.** CALL (888) 580-0035 TO
ENROLL OR VISIT WWW.BENEFICIALBANKINGCENTER.COM.

*Annual Percentage Yield (APY) may vary. APY quoted is based on
average APY offered on Beneficial Savings Accounts in September
2003, versus national average as quoted on BankRate.com on
10/13/03. **Union Federal Bank is not an affiliate of Beneficial
or Household. Union Federal Bank is an FDIC member; all deposits
are insured up to $100,000 per customer.

DVD Rentals Delivered- Two Week Free Trial! Over 15,000 Titles,
NO Late Fees & Free Shipping. Go to www.Netflix.com & Enter Code
NODUEDATES29.

72 MADISON STREET
WORCESTER MA 01608

 **Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Statement of Your Account

| Payment Coupon | Account Number | New Balance | Billing Date | Due Date | Minimum Payment Due |
|---|---|---|---|---|---|
| | 521721-17-506554-0 | 36,645.48 | 11/17/03 | 12/11/03 | 1,034.12 |

1117000173

III....IIII....I.I.I.I.I.I.I.I..I.II..I.I.I.I.I..II..I

WILLIAM A STORIE
59 CRAWFORD RD
OAKHAM MA          01068-9736

Mail Payment To:

III.I.III...III..I.I.I.I.I.IIII.I.III..I.II..I.II.II.I.III
BENEFICIAL FINANCE
P O BOX 17574
BALTIMORE MD 21297-1574

I.I.I...II.I.II.I.I.I....I.II.I.I.I.I..I.I.I.I.I

0          30010341252172117506554000366454866

For Assistance:
72 MADISON STREET
WORCESTER MA 01608
508-756-6253

Your Credit Line is $ 37,000.00
Your Available Credit is $ 354.00

Account Summary

| Account Number | Billing Date | Due Date | Amount Past Due | Minimum Payment Due |
|---|---|---|---|---|
| 521721-17-506554-0 | 11/17/03 | 12/11/03 | 516.08 | 1,034.12 |

| Previous Balance | (-) Payments | (-) Credits & Adjustments | (+) Advances & Other Charges | (+) FINANCE CHARGE | (+) Insurance Charges | *New Balance |
|---|---|---|---|---|---|---|
| 37,165.48 | 520.00 | .00 | .00 | .00 | .00 | 36,645.48 |

### Account Detail Since Last Statement

| Transaction Date | Posting Date | Transaction Description | Transaction Amount |
|---|---|---|---|
| 10/19/03 | 10/19/03 | PAYMENT | 520.00- |

YOUR NEW BALANCE INCLUDES A DISPUTED AMOUNT OF $436,645.48.
PAYMENT OF THE DISPUTED AMOUNT IS NOT REQUIRED UNTIL THE DISPUTE
IS RESOLVED.

For information on obtaining a formal loan pay-off quote, please
call us at 800-957-0003 or visit our online e-care center at
www.beneficial.com.

You may request a credit line reduction or cancellation at any
time during the life of this loan. Contact us at 1-800-564-7797
or visit our website at www.Beneficial.com/creditline for
additional information.

RECEIVE A 2.20% APY ON A SAVINGS ACCOUNT, NOT 0.50% LIKE MOST
BANKS OFFER!* YOU CAN ENROLL IN AN UNION FEDERAL SAVINGS ACCOUNT

| Average Daily Balance | Monthly Periodic Rate | ANNUAL PERCENTAGE RATE | CURRENT FINANCE CHARGE |
|---|---|---|---|
| $ 00 | 1.167% | 14.000% | $ 00 |

Page 1 of 2

*New Balance may or may not include interest accrued since the billing date. If you have questions on this billing, please call Customer Service at 508-756-6253. Written inquiries about billing errors or questions and any nonpayment correspondence, including instructions on how to request a credit line reduction, cancellation, or reinstatement, should be addressed to **Beneficial Customer Service,** 72 MADISON STREET, WORCESTER MA 01608. Please include your name, address, and account number on all correspondence. Mail payment to: BENEFICIAL FINANCE, P O BOX 17574, BALTIMORE MD 21297.

NOTE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Account Opener  501019
521721-11030000SDLN010680000-6000F17.9974540285010195

Household
Payable through Bank One, NA
1 Bank One Plaza, Chicago, IL
Check Cashing Not Available at Bank One

70-7001
2719

November 10, 2003

Pay to the order of    **William Storie**

AMOUNT: **$6,000.00**

SIX THOUSAND AND 00/100                                                DOLLARS

**Not valid after: December 24, 2003**

521721-501019-454                    0210270133727

William Storie
59 Crawford Rd
Oakham, MA 01068-9736

Payee's Endorsement and Two Forms of ID Required.

By endorsing the back of this check you accept our offer and agree to the terms of your loan agreement contained in Form #17997MA(11/03)454. If this offer is not accepted, please destroy this check.

**Signing this check will result in a loan that must be repaid with interest and fees.**

*Paul J Creatura*
AUTHORIZED SIGNATURE

⑈019004336⑈ ⑆271970011⑆  521721501019154⑈

AUTHORIZED SIGNATURE

⑈0⑆190044336⑈ ⑆271970011⑆ 521721501019544⑈

✂ Sign the back of this check, and cash or deposit it before the expiration date. ✂

 **Beneficial**
A TRADITION OF CARING.
A COMMITMENT TO YOU.

Customer ID No.: 454 0285010195

72 Madison Street
Worcester, MA 01608
(508) 756-6253

# You can cash this check today for $6,000.00

Dear William Storie,

To thank you for being a Beneficial customer, we'd like to offer you another loan. In fact, you can take the above check to any bank or currency exchange. By cashing it, you'll also automatically open a new line of credit for $8,000.00.

**Get money immediately** -- There are no forms to fill out, and you don't have to visit a Beneficial branch. Simply cash your check before December 24, 2003.

**Use the money over and over** -- This is a revolving line of credit, so as you pay it off, the money is yours to use again. Of course, you're only charged interest on the amount you use.

Once you cash your check, we'll also send you a book of checks so you can tap into the rest of your credit. If you have questions, just call us at (508) 756-6253. Whether you call or cash your check, there's no need to wait.

Sincerely,

*Karyn Ouellette*

Karyn Ouellette
Branch Manager, Beneficial

> **100% Satisfaction Guarantee**
> If you decide not to keep your new line of credit, just give the money back within 10 days. We'll waive any interest charges and fees.

P.S. To accept this loan offer, just cash the check above before December 24, 2003. If you choose not to accept this loan offer, simply destroy the check.

**We want to be sure you understand the terms of this loan. If you have any questions or want to learn more, please call the Beneficial Loan Education Center at 1-866-396-INFO (4636).**
(Lines are open Monday through Friday from 9 a.m. to 11 p.m. EST, and Saturday from 9 a.m. to 3 p.m. EST)

Your first payment will be $139.00 and is based on the initial check amount shown above. Your monthly payment is based on a percentage of your account balance and your monthly periodic rate of 1.500% (the ANNUAL PERCENTAGE RATE is 17.997%). The Account Agreement found on the back contains a full explanation of the terms and conditions of your Personal Credit Line Account, including finance charges, fees and other charges which may apply.

SPECIAL NOTICE - Please see the enclosed documents entitled "Important Notice Required Under The Fair Credit Reporting Act" and "Privacy Statement" for important information on your rights.



*1 - 866-565-2175*    *11/7/03*

# Equifax Credit Report™

[ PRINT THIS PAGE ]    [ CLOSE WINDOW ]

Credit Report as of March 13, 2004    *CRH - curtain*

**Name:**    William A. Storie
**Report Confirmation Number:** 4573025097

This Credit Report is available for you to view until 04/12/2004. If you would like a current Credit Report, you may order another from MyEquifax.

Click on the links below to jump to a specific section of this report, or simply scroll down the page. Throughout this report, when you see the "❓" symbol, simply place your mouse over that symbol and more detailed information will be presented. You will not be taken off of this page.

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Credit Summary | Summary of account activity |
| 3. Account Information | Detailed account information |
| 4. Inquiries | Companies that have requested or viewed your credit information |
| 5. Collections | Accounts turned over to collection agencies |
| 6. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 7. Dispute File Information | How to dispute information found on this credit report |

1. Personal Information

The following information is added to your file either when creditors enter requests to view your credit history or when you report it to Equifax directly. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

**Name:** William A. Storie
**Social Security Number:** 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
**Age or Date of Birth:** October 28, 1964

**Current Address**

59 CRAWFORD RD
OAKHAM, MA 01068

**Previous Address**

Former Address 1
89 PAXTON ST
LEICESTER, MA 01524

Former Address 2
186 WEST ST
AUBURN, MA 01501

**Employment History**

STORIE CONSTRUCTION - OWNER - LEICESTE - MA
WILLIAM A STORIE 89 PA - - -

**Fraud Alert**

You have no Fraud Alert on file.

**Consumer Statement**

You have no Consumer Statement on file.

**Promotional Block**

File blocked for promotional purposes.

🔺Back to Top

## 2. Credit Summary

The following information is a summary of the Account Information in this report. To view your accounts in full detail, see the Account Information section. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report. This information is a snapshot in time and reflects account statuses and balances as of the date you pulled this report.

| Type of Account | Number of Accounts | Total Balance of Accounts |
|---|---|---|
| Mortgage ⁇ | 3 | $118,848 |
| Installment ⁇ | 3 | $24,451 |
| Revolving ⁇ | 15 | $1,145 |
| Other ⁇ | 0 | $0 |
| Total Accounts | 21 | $144,444 |

| | |
|---|---|
| Number of Open Accounts | 12 |
| Number of Closed Accounts | 9 |
| Total Accounts in Good Standing ⁇ | 16 |
| Accounts Currently Past Due ⁇ | 1 |
| Total Negative Account History ⁇ | 0 |
| Inquiries in Last 12 Months | 5 |

🔺Back to Top

## 3. Accounts Information

The following information is a detailed listing of each account you've opened in the past. Non-negative information regarding these accounts, including closed accounts, remains on your report for ten years from the date of last activity. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

| Account Name | Account Type | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Comments on Account |
|---|---|---|---|---|---|---|---|---|
| BANKAMERIC | Revolving | 431903000596XXXX | 01/2000 | $0 | 02/2004 | $0 | PAYS AS AGREED | Closed or Paid Account/Zero Balance. Closed Account Real Estate |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BENFCL/HFC | Revolving | 521721-1750XXXX | 08/2000 | $36,665 | 02/2004 | $1,036 | PAYS 31-60 DAYS | Real Estate Mortgage, Amount In H/C Column Is Credit Limit |
| BENFCL/HFC | Installment | 521721-5XXXX | 07/2000 | $0 | 12/2000 | $0 | N/A | Closed or Paid Account/Zero Balance |
| BNKNORTH1 | Installment | 21403XXXX | 12/1995 | $0 | 04/1996 | $0 | N/A | Closed or Paid Account/Zero Balance |
| CAP 1 BANK | Revolving | 438864182530XXXX | 11/2000 | $0 | 02/2004 | $0 | PAYS AS AGREED | Credit Card |
| CAP 1 BANK | Revolving | 438864184552XXXX | 12/2000 | $218 | 02/2004 | $0 | PAYS AS AGREED | Credit Card |
| CBUSA | Revolving | 603532007955XXXX | 12/1999 | $0 | 02/2004 | $0 | PAYS AS AGREED | Charge, Amount In H/C Column Is Credit Limit |
| CBUSASEARS | Revolving | 35922225XXXX | 02/1998 | $0 | 11/2003 | $0 | PAYS AS AGREED | Charge, Amount In H/C Column Is Credit Limit |
| CHASE NA | Revolving | 422691001279XXXX | 11/1993 | $0 | 07/2002 | $0 | PAYS AS AGREED | Account Closed At Consumer's Request, Closed or Paid Account/Zero Balance |
| CITI | Revolving | 542418033013XXXX | 03/1984 | $0 | 03/2004 | $0 | PAYS AS AGREED | Credit Card, Amount In H/C Column Is Credit Limit |
| DISCOVR CD | Revolving | 601100136051XXXX | 02/1991 | $0 | 11/2002 | $0 | PAYS AS AGREED | Account Closed At Consumer's Request, Closed or Paid Account/Zero Balance |
| FIRST USA | Revolving | 548310015178XXXX | 01/1997 | $0 | 02/2003 | $0 | PAYS AS AGREED | Closed or Paid Account/Zero Balance, Account Closed By Credit Grantor |
| FMCC | Installment | 3558XXXX | 10/2003 | $24,451 | 03/2004 | $0 | PAYS AS AGREED | Auto |
| FMCC | Installment | BKA139XXXX | 01/1999 | $0 | 11/2000 | $0 | PAYS AS AGREED | Closed or Paid Account/Zero Balance, Auto |
| FUSA NA | Revolving | 424615201242XXXX | 04/1996 | $0 | 02/2000 | $0 | PAYS AS AGREED | Account Closed By Consumer, Closed or Paid Account/Zero Balance |
| GMAC MTG | Installment | 30428XXXX | 12/1995 | $82,183 | 12/2003 | $0 | PAYS AS AGREED | Freddie Mac Account |
| HHLD BANK | Revolving | 465601-100010XXXX | 06/1999 | $0 | 11/2003 | $0 | PAYS AS AGREED | Charge, Amount In H/C Column Is Credit Limit |
| | Revolving | | 12/2003 | $0 | | $0 | PAYS AS | Charge, Amount In H/C |

| MCCBG/CNAV | Revolving | 0018590090110XXXX | 12/2002 | $0 | 02/2004 | $0 | PAYS AS AGREED | Column Is Credit Limit |
|---|---|---|---|---|---|---|---|---|
| PROVDIN BP | Revolving | 541827500285XXXX | 06/1996 | $0 | 05/2002 | $0 | PAYS AS AGREED | Account Closed By Consumer, Closed or Paid Account/Zero Balance |
| SPENCER SA | Revolving | 532710XXXX | 12/1999 | $927 | 02/2004 | $0 | PAYS AS AGREED | Line Of Credit, Amount In H/C Column Is Credit Limit |
| UNVL/CITI | Revolving | 478480000104XXXX | 03/1993 | $0 | 03/2004 | $0 | PAYS AS AGREED | Credit Card, Amount In H/C Column Is Credit Limit |

⊕ Back to top

### Key

| Meaning | Pays or Paid as Agreed | 30 Days Past Due | 60 Days Past Due | 90 Days Past Due | 120+ Days Past Due/ Collection Account | Payment Plan | Repossession or Foreclosure | Charged Off to bad debt |
|---|---|---|---|---|---|---|---|---|
| Symbol | * | 30 | 60 | 90 | 120 | PP | RF | CO |

MORTGAGE ACCOUNTS

BENEFICIAL/HFC

961 N WEIGEL AVE
ELMHURST, IL 60126-1058
(800) 547-8776

| Account Number: | 521721-1750XXXX | Rate or Status: | PAYS 31-60 DAYS |
|---|---|---|---|
| Account Owner: | Individual | High Credit: | $37,000 |
| Type of Account [?]: | Revolving | Terms or Monthly Payment: | $518 |
| Date Opened: | 08/2000 | Balance: | $36,665 |
| Date Reported: | 02/2004 | Past Due: | $1,036 |
| Date of Last Activity: | 10/2003 | Months Reviewed: | 41 |
| Comments: | Real Estate Mortgage, Amount In H/C Column Is Credit Limit | | |

24-Month Payment History

| No 24-Month Payment Data available for display. |
|---|

Seven-Year Payment History

30 Days Past Due:        04 times

60 Days Past Due:        00 times

90 Days Past Due:        00 times

BANKNORTH NA 1

32 CHESTNUT ST
LOAN RESEARCH
LEWISTON, ME 04240-7765
(800) 328-2119

| Account Number: | 21403XXXX | Rate or Status: | |
|---|---|---|---|
| Account Owner: | Shared | High Credit: | $92,000 |
| Type of Account [?]: | Installment | Terms or Monthly Payment: | $0 |
| Date Opened: | 12/1995 | Balance: | $0 |

| DISCOVR CD | PAYS AS AGREED | Account Closed At Consumer's Request, Closed or Paid Account/Zero Balance |
| FIRST USA | PAYS AS AGREED | Closed or Paid Account/Zero Balance, Account Closed By Credit Grantor |
| FMCC | PAYS AS AGREED | Closed or Paid Account/Zero Balance, Auto |
| FUSA NA | PAYS AS AGREED | Account Closed By Consumer, Closed or Paid Account/Zero Balance |
| PROVDIN BP | PAYS AS AGREED | Account Closed By Consumer, Closed or Paid Account/Zero Balance |

Back to Top

## ACCOUNTS CURRENTLY PAST DUE

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Comments on Account |
|---|---|---|---|---|---|---|---|
| BENFCL/HFC | 521721-1750XXXX | 08/2000 | $36,665 | 02/2004 | $1,036 | PAYS 31-60 DAYS | Real Estate Mortgage, Amount In H/C Column Is Credit Limit |

Back to Top

## ACCOUNTS WITH NEGATIVE HISTORY

**No Past Negative History Accounts Information on file.**

Back to Top

## 4. Inquiries

The following inquiries are "hard" or voluntary inquiries and were generated because you authorized the companies listed to request a copy of your credit report. Credit Scores are calculated using only inquiries from the last 12 months; however, Equifax stores and displays inquiries on file for 24 months. Additionally, your credit score is not lowered by the several inquiries that are generated by your shopping for the best auto loan or mortgage rates.

| Name of Company | Date of Inquiry |
|---|---|
|  | 08/2003 |
| F A CREDCO | 08/2003 |
| LANDSAFE | 08/2003 |
| FORD MOTOR | 10/2003 |
| COUNTRYWDE | 08/2003 |
| BENECL/HFC | 07/2002 |

The following inquiries are "soft" or involuntary inquiries and were generated for a number of different reasons. These inquiries reflect either your request for your own credit report or a company considering you for an offer of credit, such as a credit card solicitation. These inquiries do not appear on the credit report that lenders see. They are displayed here for informational purposes only and do not affect your credit score. A



An Experian company

| Home | Credit Center | Free Re |

**Did you know?**

**FACT:** Information can differ between the 3 bureaus.
Upgrade to all 3 credit reports. Plus, get your credit score
FREE!
Get yours now.

<< Back To My Credit Cent

Credit report data provided b
Experia
Click here for dispute instruction

**View Full Report**    **Dispute Information**    **Contact Us**    **Report Key**

Prepared for: **WILLIAM A STORIE**                Report Date: **Mar 13, 2004**

**Personal Profile**    **Credit Summary**    **Public Records**    **Credit Inquiries**    **Account History**    **Credit Score**

## Personal Profile

Here you will find the personal information contained in your credit file, including your legal name
(s), current and previous addresses, current and previous employers, and date of birth.

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Name:** | WILLIAM A STORIE | | |
| **Also Known As:** | | | |
| **Year of Birth:** | 1964 | | |
| **Current Address:** | 59 CRAWFORD RD OAKHAM MA 01068-9736 | **Upgrade!** | |
| | 89 PAXTON ST LEICESTER MA 01524-1100 | See all 3 of your credit reports in 1! Plus, get your FREE Credit Score! | |
| **Previous Address(es):** | 186 WEST ST AUBURN MA 01501-1017 | **Order Now!** | |
| **Current Employer:** | DEPT | | |
| **Previous Employer(s):** | KAY PROGRAM | | |

^ Top of Page

## Credit Summary

This section gives you a broad look at your current and past credit status. Here you'll find the total
number of closed and open accounts in your name, the total balance on those accounts, whether
you have any delinquencies, and the number of inquiries made into your credit file within the past
2 years.

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Real Estate Accounts** | | | |
| Count: | 3 | | |
| Balance ($): | $82,183 | | |
| Current: | 3 | | |
| Delinquent: | 0 | | |
| Other: | 0 | | |
| **Revolving Accounts** | | | |
| Count: | 22 | | |
| Balance ($): | $37,810 | | |
| Current: | 21 | | |
| Delinquent: | 1 | | |
| Other: | 0 | | |

| Installment Accounts | |
| --- | --- |
| Count: | 7 |
| Balance ($): | $24,451 |
| Current: | 7 |
| Delinquent: | 0 |
| Other: | 0 |
| **Other Accounts** | |
| Count: | 0 |
| Balance ($): | $0 |
| Current: | 0 |
| Delinquent: | 0 |
| Other: | 0 |
| **Collection Accounts** | |
| Count: | 0 |
| Balance ($): | $0 |
| Current: | 0 |
| Delinquent: | 0 |
| Other: | 0 |
| **Total Accounts** | |
| Count: | 32 |
| Balance ($): | $144,444 |
| Current: | 31 |
| Delinquent: | 1 |
| Other: | 0 |
| **Accounts Summary** | |
| Open Accounts: | 13 |
| Closed Accounts: | 19 |
| Public Records: | 0 |
| Inquiries (Prev 2 Years): | 6 |

**Upgrade!**
See all 3 of your credit reports in 1!
Plus, get your FREE Credit Score!
**Order Now!**

↑ Top of Page

## Public Records

The information in this section comes from federal district bankruptcy records, state and county court records, tax liens and monetary judgments, and in some states, overdue child support records. Public records remain on your credit report for 7-10 years.

There are **0** public record items on your report.

↑ Top of Page

## Credit Inquiries

This section contains the names of those who obtained a copy of your credit report. Inquiries remain on your report up to two years.



| | Experian | Equifax | TransUnion |
| --- | --- | --- | --- |
| CE OF NEW HAMPSHIRE **Credit Bureaus** Aug 4, 2003 | ✓ | | |
| FIRST AMER CR SVCS INC **Mortgage Reporters** Aug 4, 2003 | ✓ | | |
| COUNTRYWIDE FUNDNG/FHL **Mortgage Companies** Aug 4, 2003 | ✓ | | |
| LANDSAFE **Mortgage Companies** Aug 4, 2003 | ✓ | | |
| CITI **Bank Credit Cards** Dec 18, 2002 | ✓ | | |
| CITI **Bank Credit Cards** Mar 18, 2002 | ✓ | | |

**Upgrade!**
See all 3 of your credit reports in 1
Plus, get your FREE Credit Score!
**Order Now!**

↑ Top of Page

## Account History

This section contains specific information on each account you've opened in the past. Positive information about your accounts remains on your report indefinitely.

| | |
|---|---|
| Account Type: | Conventional Real Estate Loan, Including Purchase Money First |
| Type of Business: | All Banks |
| Terms: | 360 Months |
| Account Status: | Closed |
| Monthly Payment: | $0 |
| Date Open: | Dec, 1995 |
| Balance: | $0 |
| Balance Date: | Dec 29, 1995 |
| High Balance: | Not reported |
| Credit Limit/Orig. Amt.: | $92,000 |
| Past Due: | $0 |
| Remarks: | Not reported |
| Payment Status: | Paid, zero balance |

**Upgrade!**

See all 3 of your credit reports in 1!
Plus, get your FREE Credit Score!

**Order Now!**

**Account Two Year History**    Legend

| Year: | Year 1 | Year 2 |
|---|---|---|
| | 1995 > | |
| Month: | 1 2 3 4 5 6 7 8 9 10 11 12 | 1 2 3 4 5 6 7 8 9 10 11 1 |
| Experian: | | O |

---

**BENEFICIAL/HFC**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | BENEFICIAL/HFC | | |
| Account Number: | XXXXXXXX2739 | | |
| Account Type: | Note Loan | | |
| Type of Business: | Personal Loan Companies | | |
| Terms: | 60 Months | | |
| Account Status: | Closed | | |
| Monthly Payment: | $0 | | |
| Date Open: | Jul, 2000 | | |
| Balance: | $0 | | |
| Balance Date: | Aug 31, 2000 | | |
| High Balance: | Not reported | | |
| Credit Limit/Orig. Amt.: | $7,814 | | |
| Past Due: | $0 | | |
| Remarks: | Not reported | | |
| Payment Status: | Paid satisfactorily | | |

**Upgrade!**

See all 3 of your credit reports in 1!
Plus, get your FREE Credit Score!

**Order Now!**

**Account Two Year History**    Legend

| Year: | Year 1 | Year 2 |
|---|---|---|
| | 1999 > | 2000 > |
| Month: | 9 10 11 12 1 2 3 4 5 6 7 8 | 9 10 11 12 1 2 3 4 5 6 7 8 |
| Experian: | | OK O |

Top of Page

---

**BENEFICIAL/HFC**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | BENEFICIAL/HFC | | |
| Account Number: | XXXXXXXXXX6554 | | |
| Account Type: | Credit Line Secured, Revolving | | |
| Type of Business: | Personal Loan Companies | | |
| Terms: | Revolving | | |
| Account Status: | Open | | |
| Monthly Payment: | $518 | | |
| Date Open: | Aug, 2000 | | |
| Balance: | $36,665 | | |
| Balance Date: | Feb 17, 2004 | | |
| High Balance: | $39,906 | | |
| Credit Limit/Orig. Amt.: | Not reported | | |
| Past Due: | $1,036 | | |
| Remarks: | Not reported | | |
| Payment Status: | Past due 30 days five times | | |

**Upgrade!**

See all 3 of your credit reports in 1!
Plus, get your FREE Credit Score!

**Order Now!**

**Account Two Year History**    Legend

| Year: | Year 1 | Year 2 |
|---|---|---|



legend for the Type of Inquiry appears below the list.

| Name of Company | Date of Inquiry | Type of Inquiry |
|---|---|---|
| I PLACE, INC. | 03/2004 | ID |
| EQUIFAX CONSUMER SERVICES. INC | 03/2004 | ID |
| CAPITAL ONE | 02/2004, 01/2004, 12/2003, 11/2003, 10/2003, 09/2003, 08/2003. 07/2003, 07/2003, 05/2003, 04/2003, 03/2003 | AR |
| MCCBG/OLD NAVY | 02/2004, 01/2004, 11/2003, 11/2003, 11/2003, 11/2003, 05/2003 | AR |
| FIRST GUARANTY MORTGAGE CORPOR | 02/2004, 01/2004, 10/2003, 07/2003, 05/2003, 04/2003 | PRM |
| CITI CARDS CBSDNA | 01/2004, 12/2003, 11/2003, 10/2003, 09/2003, 08/2003, 07/2003, 07/2003, 06/2003, 04/2003, 04/2003 | AR |
| UNIVERSAL CARD/CBSDNA | 01/2004, 12/2003, 11/2003, 10/2003, 09/2003, 08/2003, 07/2003, 07/2003, 06/2003, 04/2003, 04/2003 | AR |
| CCITIBANK USA NA | 01/2004, 12/2003, 11/2003, 10/2003, 09/2003 | AR |
| HOUSEHOLD FINANCE CORP | 01/2004, 12/2003, 11/2003, 10/2003, 09/2003, 08/2003, 07/2003, 06/2003, 05/2003, 04/2003, 03/2003 | AR |
| AMERIQUEST MORTGAGE | 01/2004, 11/2003, 11/2003, 08/2003, 07/2003 | PRM |
| UPLAND MORTGAGE | 01/2004 | PRM |
| AT&T -CARM | 12/2003 | AR |
| ASSOC/CITIBANK SD | 12/2003 | PRM |
| HOUSEHOLD BANK | 12/2003, 11/2003, 10/2003, 09/2003, 08/2003, 07/2003, 06/2003, 05/2003, 04/2003 | AR |
| HOUSEHOLD BANK | 12/2003, 08/2003, 08/2003, 05/2003, 04/2003, 04/2003 | PRM |
| CMA MORTGAGE, INC. | 09/2003 | PRM |
| NOVASTAR HOME MORTGAGE INC | 08/2003, 06/2003 | PRM |
| THE HOME DEPOT/CITIBANK USA NA | 08/2003 | AR |
| THE HOME DEPOT | 08/2003, 05/2003 | AR |
| AMERICAN MORTGAGE SOLUTIONS | 07/2003 | PRM |
| AT&T WIRELESS SERVICES | 06/2003 | PRM |
| FIRST NORTH AMERICAN NATIONAL | 06/2003 | PRM |
| TOWN & COUNTRY | 05/2003 | PRM |
| EBANC FUNDING,YOUR MTG LENDER | 03/2003 | PRM |



**Commonwealth of Massachusetts**
**County of Worcester**
**The Superior Court**

CIVIL DOCKET# WOCV2003-02104

RE:   **Storie v Beneficial Finance/Household Retail Finance**


## PRELIMINARY INJUNCTION

This action came on to be heard before the Court upon the return of an Order of Notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and upon consideration thereof,

It is **ORDERED and ADJUDGED** that upon payment to the clerk of the sum of $90.00, and until further order of the Court, the application under the prayers of the complaint is hereby granted; and the plaintiff William A. Storie is ordered not to make any payments to the defendant until after the hearing on November 17, 2003 @ 2:00 P.M. when this Court will hear further testimony.

Dated at Worcester, Massachusetts this 10th day of November, 2003.

Tina S. Page, Justice


BY: _Denise M Foley_
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)


11/21/03 The plaintiff is to pay the $90 fee for the P.I. This matter is cont'd in effect until 12/29/03 @ 2ᵖᵐ for status. Counsel for the plaintiff, or a representative from Harvard Law School, should be present. All matters are stayed until then. Page 1 f -
attest: Alexander Rodriguez, III
Asst. clerk   Upon review, the plaintiff has already pd the $90 on 11/19/0
Alex Rodriguez III

cvdpinj.wpd 579638 pinj Williams

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM A. & MARITZA STORIE,    )
      Plaintiffs,    )
                     )
                     )
VS.    )        No._____
                     )
HOUSEHOLD INTERNATIONAL, INC.,    )
BENEFICIAL FINANCE CORP.,    )
      Defendants.    )
                     )

## **NOTICE OF REMOVAL**

1.     Pursuant to 28 U.S.C. § 1441(b), 1331, and 1446, the Defendants, Household

International, Inc., Beneficial Finance Corp., ("Defendants") hereby remove to this

Court the above-captioned state court civil action which is pending in the Worcester

Superior Court, Worcester County, Commonwealth of Massachusetts.

2.     On October 31, 2003, the Plaintiff, William A. Storie, filed Civil Action No. 2003-

2104 C against Beneficial Finance/Household Retail Finance.  The Summons and

Complaint, which included a request for a preliminary injunction, were served upon

the Worcester branch of Beneficial Massachusetts Inc. on October 31, 2003.  The

Complaint made various factual allegations regarding a certain loan transaction that

closed in August of 2000 ("Loan"), but did not reference any specific statute or cause

of action.

3.     On November 7, 2003, the Plaintiff's request for a preliminary injunction was heard.

The Superior Court issued an order granting Plaintiff's request and ordering the

Plaintiff to cease making payments on the Loan "upon payment of $90.00 and until further notice of the Court." The Superior Court set the matter down for a further hearing which was held on November 21, 2003. As of the time of the hearing on November 21, 2003, Plaintiffs had not paid the required $90.00.

4.    After the hearing on November 7, 2003, Plaintiff filed a Complaint Modification for Injunction, Restitution and Other Equitable Relief on that same day pursuant to which: (a) Maritza Storie was added as a Plaintiff; (b) the named defendants were changed to Household International, INC. and Beneficial Finance Corp.; and (c) Plaintiffs asserted several federal claims. The Summons and Complaint Modification were served upon the Worcester branch of Beneficial Massachusetts Inc. on November 13, 2003.

5.    On November 21, 2003, the Superior Court held a further hearing on the request for an injunction at which Plaintiffs requested a stay of the proceedings pending their attempt to obtain counsel. The Superior Court continued the previously issued injunction, set the matter down for a status conference on December 29, 2003, and stayed the matter until December 29, 2003.

6.    Copies of the aforesaid pleadings and orders (and Defendants' response thereto) are attached hereto as Exhibit "A" and constitute all process, pleadings, and orders served upon Defendants in such action.

7.    The amended Complaint sets forth allegations under 15 U.S.C. § 1639, the Home Ownership and Equity Protection Act ("HOEPA") and 15 U.S.C. § 1601 et seq., the

Truth in Lending Act ("TILA"). The Plaintiffs, currently acting *pro se*, claim Defendants failed to make certain required disclosures and made certain misrepresentations regarding the Loan. Plaintiff, William Storie, admits that he executed a General Release regarding the claims alleged but insists he is entitled to rescind the Release because his wife and co-Plaintiff, Maritza Storie, did not execute the Release. Plaintiffs seek injunctive relief to prevent Defendants from taking any action on the loan at issue, seek rescission of the General Release, and seek damages, including attorneys' fees. Although Defendants have not yet formally responded to Plaintiffs' Complaint Modification, Defendants deny any wrongdoing whatsoever regarding the Loan, assert that they were not properly named or served, that the Complaint Modification fails to state a claim upon which relief may be granted, that the applicable statutes of limitations have expired, that a valid and enforceable arbitration rider exists, that Plaintiff, Maritza Storie, lacks standing to assert any claims regarding the loan at issue since she was not a borrower, and that Plaintiff, William Storie, is barred from proceeding with any action relating to the Loan due to his execution of the General Release.

8. This Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1331 as the claims asserted on the face of the Complaint Modification present questions under federal law. To the extent the Complaint Modification asserts any claim under state law, this court may exercise jurisdiction over those claims as well pursuant to 28 U.S.C. § 1367(a).

3

9.   This Notice is filed with this Court within thirty (30) days after attempted service of the Summons and Complaint.

10.   By this removal, Defendants do not consent to personal jurisdiction of the Court or waive any rights with respect thereto.

Defendants,
Household International, INC. and
Beneficial Finance Corp.,
By their Attorneys,
Shechtman Halperin Savage, LLP,

_____
Preston W. Halperin BBO# 218170
Christine L. DeRosa BBO# 641171
86 Weybosset Street
Providence, RI 02903
(401) 272-1400 phone
(401) 272-1403 fax


## CERTIFICATE OF SERVICE

I certify that the within Notice of Removal was served upon the following *pro se* Plaintiff by first class mail, postage prepaid, on November 24, 2003:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

_____
Christine L. DeRosa

4