UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 25  P 1: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM A. & MARITZA STORIE, )
   Plaintiffs, )
)
VS. ) No. 03-40268-NMG
)
HOUSEHOLD INTERNATIONAL, INC., )
BENEFICIAL FINANCE CORP., )
   Defendants. )
)

### AMENDED MOTION FOR CONTEMPT OF COURT ORDER AND REQUEST FOR SANCTIONS TO INCLUDE NEW EVIDENCE

Plaintiffs, William A. & Maritza Storie, *pro se*, respectfully submit this Motion To Amend Motion for Contempt of Court Order and Request for Sanctions To Include New Evidence regarding the violations as set forth below.

1. On 3/19/04 Plaintiffs, William A. & Maritza Storie filed a Motion for Contempt of Court Order and Request for Sanctions as a result of the following violations;

   A. Defendants have provided false and inaccurate information to Credit Agencies regarding Plaintiffs account status post injunctive relief.

   B. There have been two Demands for Payment post Injunctive relief

   C. Plaintiffs received an unsolicited live check offer for $6,000 from Branch Manager, Karyn Ouellette of the 72 Madison Street Beneficial Office, Post Injunctive relief.

   D. Plaintiffs also bring to the courts' attention false and misleading information presented to this Federal Court on 11/24/03 by Defendants, which falsely

alleges that Plaintiffs had not paid a necessary injunction fee of $90.00 dollars.

2. On 3/22/04 Plaintiffs received in the mail a "NOTICE OF HARDSHIP ELIGIBILITY" from Defendants, which includes, "**This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.**" See Ex. A. This behavior appears to be in further clear violation of the current court ordered injunction, which occurred in Worcester Superior Court on 11/7/03.

For the reasons set forth above Plaintiffs respectfully request this Federal Court include this information in Plaintiffs' Motion for Contempt of Court Order and Request for Sanctions regarding Defendants ongoing violations.

Plaintiffs,
William A. and Maritza Storie,

*Pro Se*

_[signature: William A. Storie]_
_[signature: Maritza Storie]_

59 Crawford Road
Oakham, MA 01068
508-882-3810

## CERTIFICATE OF SERVICE

I certify that the within Amended Motion for Contempt and Request for Sanctions regarding violations of Court Order was served upon Counsel for Defendants by USPS Priority Shipping, on March 24, 2004.

Attorney, Christine DeRosa
For Household International, INC. and
Beneficial Finance Corp.
Shechtman, Halperin, & Savage, LLP
86 Weybosset Street
Providence, RI 02903

*[signature]*
William A Storie, *pro se*
59 Crawford Rd.
Oakham, MA 01068
508-882-3810

Ex. A

961 Weigel Drive
Elmhurst, IL 60126



03/18/2004

Household Finance Corporation
Beneficial Corporation
Household International Companies

William A Storie
59 CRAWFORD RD
OAKHAM, MA 01068

**NOTICE OF HARDSHIP ELIGIBILITY**

52172117506554

Dear: William A Storie

As you are probably aware, your account is currently past due. We understand that situations sometimes arise that make it difficult to meet your monthly obligations.

We want to help. If you have suffered a verifiable loss of income or a verifiable increase in expenses since the time you took out your loan (such as loss of employment, temporary disability, reduction in monthly pay, increase in mortgage interest rate, child care, taxes or medical expenses), we may be able to provide hardship relief.

If you choose to work with us, we are willing to work with you to return your account to current status. We have programs in place that will help you resume making your mortgage payment by reducing your monthly payments to an affordable level and reducing your interest rate.

**To contact a Household representative regarding this program, please call 1-800-340-7505. Please reference this letter and one of our representatives will assist you.**

A non-profit HUD-certified Housing Counseling Agency, ACORN Housing, can assist you in applying for relief through this program and can provide free housing counseling to help you to avoid foreclosure and understand the terms of this program. To contact ACORN Housing, please call 1-888-409-3557

Sincerely,

Margaret Smith

Collections Department

**This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.**

**¿Habla Español? Esta es una carta importante sobre un programa del cual usted puede beneficiar. Si usted prefiere recibir una traducción en español, por favor llame al 1-800-340 -7505 ext. 2608.**

577 LAMONT ROAD
P.O. BOX 8640
ELMHURST, ILLINOIS 60126

FORWARDING SERVICE REQUESTED

FORM 8640



PRESORT
FIRST CLASS

