UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM A. & MARITZA STORIE, ) | | |
|     Plaintiffs, ) | | |
| VS. ) | No. 03-40268-NMG | |
| ) | | |
| HOUSEHOLD INTERNATIONAL, INC., ) | | |
| BENEFICIAL FINANCE CORP., ) | | |
|     Defendants. ) | | |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION AND AMENDED MOTION FOR CONTEMPT OF COURT ORDER AND REQUEST FOR SANCTIONS**

Defendants, "Household International, INC." and "Beneficial Finance Corp.", ("Defendants")[1] hereby object to Plaintiffs' Motion For Contempt Of Court Order And Request For Sanctions as well as Plaintiffs' Amended Motion For Contempt Of Court Order And Request For Sanctions To Include New Evidence.

As grounds for this Objection, Defendants state that: (1) the injunction at issue was entered improperly and does not impose any obligation upon Defendants; (2) the injunction does not support a contempt against Defendants; (3) the injunction expired, by its terms, in December of 2003, prior to the "violations" of March, 2004; (4) Plaintiffs cannot demonstrate any harm as a result of the alleged violation(s); and (5) Defendants' voluntary, good faith, and substantial compliance prevents a finding of contempt.

---

[1] As set forth in Defendants' pending Motion to Dismiss, Plaintiffs have failed to name or serve proper the legal entities. Although this Court lacks jurisdiction over the Defendants due to Plaintiffs' failure to name or serve the proper defendants, the named defendants have no choice but to respond to the Plaintiffs' motions. However, such response(s) are in no way a wavier of any of the defenses set forth in the Answer or pending Motion to Dismiss.

In further support of this Objection, Defendants rely upon, and incorporate by reference, the attached Memorandum of Law in Support of Defendants' Objections to Plaintiffs' Motion and Amended Motion for Contempt and Request for Sanctions and Exhibits referenced therein.

WHEREFORE, Defendants respectfully request that this Honorable Court deny Plaintiffs' Motion and Amended Motion For Contempt Of Court Order And Request For Sanctions be denied and dissolve the injunction, to the extent it was ever, or is still, in effect.

    Defendants,
    Household International, INC. and
    Beneficial Finance Corp.,
    By their Attorneys,
    Shechtman Halperin Savage, LLP,

    /s/ Christine L. DeRosa
    Preston W. Halperin BBO# 218170
    Christine L. DeRosa BBO# 641171
    86 Weybosset Street
    Providence, RI 02903
    (401) 272-1400

### Certificate of Service

I certify that the within Objection to Plaintiffs' Motion And Amended Motion For Contempt Of Court Order And Request For Sanctions was served upon the following *pro se* Plaintiffs by first class mail, postage prepaid, on April 2, 2004:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

    /s/ Christine L. DeRosa
    Christine L. DeRosa, Esquire