UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 29 P 12:01

| | |
|---|---|
| WILLIAM A. & MARITZA STORIE, <br>     Plaintiffs, <br><br> VS. <br><br> HOUSEHOLD INTERNATIONAL, INC., <br> BENEFICAIL FINANCE CORP., <br>     Defendants. | No. 03-cv-40268-FDS |

## WITHDRAWAL AND ENTRY OF APPEARANCE

Christine L. DeRosa of the law firm of SHECHTMAN HALPERIN SAVAGE, LLP hereby withdraws her appearance on behalf of Defendants, Household International Inc., and Beneficial Finance Corp.

_____
Christine L. DeRosa, Esq. BBO #641171
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset St.
Providence, RI 02903
401-272-1400
401-272-1403 Facsimile

Gini Spaziano of the law firm of SHECHTMAN HALPERIN SAVAGE, LLP hereby enters her appearance on behalf of Defendants, Household International Inc., and Beneficial Finance Corp.

*[signature]*
Gini Spaziano, Esq., BBO #637221
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset St.
Providence, RI 02903
401-272-1400
401-272-1403 Facsimile

Dated: September 27th, 2004

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that a true and correct copy of the foregoing Withdrawal and Entry of Appearance was furnished via U.S. Mail, postage pre-paid, this 27th day of September, 2004 to the following:

Mr. & Mrs. William A. Storie
59 Crawford Road
Oakham, MA 01068

*[signature]*