US District Court
Dist of Massachusetts

William & Maritza Storie
Plaintiffs
vs.
Household Int.
Beneficial Finance Corp et al
Defendants

No 03-40268-XXX

Motion for Leave to File Request for Extension of Time to File Motion to Reconsider Motion for Contempt of Court

Plaintiffs Respectfully Request Leave to file Request for Extension of time to File Motion to Reconsider Judgement of a Motion for Contempt for the following Reasons.

① Plaintiff the the time to respond w/ motion was 14 days, which Plaintiffs are within.

② The holiday disrupted time to respond

③ Plaintiff, William Storie had an untimely knee surgery on 11/22/04

④ Plaintiffs have been cooperative w/ Defendants past request for extension in Worcester Superior Court.

Plaintiffs appreciate this consideration so Justice can be served.

Sincerely,
William A Storie  11/29/04
Maritza Storie  11/29/04