UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM A. & MARITZA STORIE,  )
    Plaintiffs,  )
                  )
VS.  )            No. 03-40268-NMG
                  )
HOUSEHOLD INTERNATIONAL, INC.,  )
BENEFICIAL FINANCE CORP.,  )
    Defendants.  )
                  )

## MOTION TO RECONSIDER CONTEMPT OF COURT ORDER AND REQUEST FOR SANCTIONS

Plaintiffs, William A. & Maritza Storie, pro se, respectfully submit this Motion to Reconsider Contempt of Court Order and Request for Sanctions regarding the violation, on several occasions, of a court ordered injunction for the following reasons.

1. The availability of new evidence not previously available sent to Plaintiffs by Defendants on 11/8/04, which disputes Defendant's "good faith" claim and further violates Plaintiff's "application" for injunction "granted" and the injunction issued by Worcester Superior Court Judge Page.

2. Per F.R.C.P Rule 19, Plaintiffs application granted clearly joins Defendants as a party to the injunction and unambiguously prohibits them from acting in any way against Plaintiff's account in question.   Since further evidence of Defendants violations has been offered, Plaintiffs humbly request this Federal Court accept Plaintiff's application "granted", as evidence.

3. Plaintiffs did not use as evidence in their contempt motion the initial application for injunction, in part, due to Defendants previously providing this evidence to this Federal Court in their Memorandum **of Law in Support of Defendants' Motion to Dismiss, or in the Alternative, Motion to Compel, Arbitration and Stay Litigation Pending Arbitration,** (Defendants's Ex. K). This was an error on the part of Plaintiffs and apologize to this court for this oversight, however, should not "prevent manifest justice." **Gold, 1998 WL 422900 at *2.**

4. Defendants engaged in Equitable Estoppel regarding their understanding of the Injunction issued against them and their presentation of that understanding to this Federal Court. In Massachusetts Superior Court Defendants' describe their understanding of the injunction "**that Defendants be restrained from taking action on the loan...**" (Emphasis added) and shows a clear and unambiguous understanding by defendants of the injunction.

5. Defendants are a joined party in active concert with Plaintiffs to the injunction action under F.R.C.P. Rule 65(d) and meet necessary criteria to make that determination. If Defendants were not, they would not have been served, they would not have argued orally, or in written Motion to Worcester Superior Court against the application being granted.

For the reasons set forth above Plaintiffs respectfully request this Federal Court reconsider their prior ruling and find Defendants in Contempt of the Injunction and Sanction Defendants for this ongoing behavior. Plaintiffs truly regret having to argue these matters to this extent.

2

Plaintiffs,

William A. and Maritza Storie, *Pro Se*

59 Crawford Road
Oakham, MA 01068
508-882-3810