UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**William A. Storie and Maritza Storie,**
       Plaintiff,

V.

**Household International, Inc., and Beneficial Finance Corp.,**
       Defendant,

CIVIL ACTION

NO. 03-40268-FDS

ORDER OF DISMISSAL

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Order dated 1/25/05 , allowing the defendant's motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/25/05
Date

/s/ Martin Castles
Deputy Clerk

(Dismmemo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]