UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM A. & MARITZA STORIE,<br>Plaintiffs,<br><br>VS.<br><br>HOUSEHOLD INTERNATIONAL, INC.,<br>BENEFICIAL FINANCE CORP.,<br>Defendants. | No. 03-40268-FDS |

## MOTION FOR LEAVE TO FILE LATE

Plaintiffs, William and Maritza Storie ("Plaintiffs") hereby move for an order allowing Plaintiffs up until and including February 14, 2005, within which to timely respond to Granting of Defendants' Motion to Dismiss. As grounds for this Motion Plaintiffs state:

1. There are matters of Law regarding the Defendants Arbitration Agreement that Plaintiffs would like to request the court to review.

2. Similar questions regarding the identical Arbitration Agreement in Federal District Courts in Washington and California were determined to be Unconscionable.

3. Plaintiffs are acting pro se, and are not attorneys in this matter. Plaintiffs respectfully request this Federal Court to grant extra time due to their need to prepare an appropriate argument.

4. Plaintiffs were unclear if the amount of time to file a Motion to Reconsider was 10 consecutive days or business days. Plaintiffs were mistaken.

WHEREFORE, Plaintiffs respectfully request that their Motion be granted and Plaintiffs allowed up until and including February 14, 2005, within which to timely respond to Granting of Defendants Motion to Dismiss.

_____
William A, Storie, Co-Plaintiff

_____
Maritza Storie, Co-Plaintiff
59 Crawford Road
Oakham, MA 01068

## CERTIFICATE OF SERVICE

I certify that the within Motion was served upon the following Defendant by first class mail, postage prepaid, on February 3, 2005:

Household International, INC. and
Beneficial Finance Corp.,
Shechtman Halperin Savage, LLP
Christine I. DeRosa
86 Weybosset Street
Providence, RI 02903

_____
William A. Storie

2