UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. & MARITZA STORIE,<br>Plaintiffs,<br><br>VS.<br><br><br>HOUSEHOLD INTERNATIONAL, INC.,<br>BENEFICIAL FINANCE CORP.,<br>Defendants. | No. 03-40268- FDS |

## MOTION TO RECONSIDER GRANTING OF DEFENDANTS MOTION TO DISMISS

Plaintiffs, William A. and Maritza Storie, *pro se*, hereby submit this Motion for Leave to File Late a Motion to Reconsider for the following reason.

1. Plaintiffs have discovered that Defendant's Arbitration Agreement, which led to this court's dismissal on 1/25/05, was ruled, in two similar Federal Court cases to be determined "Unconscionable". As one judge was quoted, "tinged with illegality".

2. Plaintiffs pray to this Federal court for an opportunity to argue the "totality of circumstances" that should make the Arbitration Agreement voidable. There are questions in law regarding language in the Household Loan Agreement vs. Household's Arbitration Agreement that may render the Arbitration Agreement voidable.

3. This is new evidence Plaintiffs would like to present the court in order to ensure manifest justice.

For the reasons set forth above, Plaintiffs request their Motion for Leave to File Late Motion to Reconsider be granted. Plaintiffs request until 2/14/05 to submit a Memorandum supporting Plaintiff's Motion to Reconsider.

Plaintiffs, *pro se*

_____
William A. Storie,

_____
Maritza Storie,
59 Crawford Rd.
Oakham, MA 01068
508-882-3810

### Certificate of Service

I certify that the within Memorandum of Law in reply to Defendants' Objection to Plaintiffs' Motion for Complaint Modification was served upon the following counsel for Defendants, Household International, INC. and Beneficial Finance Corp., by USPS priority mail on February 3, 2005.

Schechtman Halperin Savage, LLP
Christine L. DeRosa
86 Weybosset Street
Providence, RI 02903

_____
William A Storie
59 Crawford Road
Oakham, MA 01068
508-882-3810

2