UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. & MARITZA STORIE,<br>Plaintiffs,<br>VS.<br><br>HOUSEHOLD INTERNATIONAL, INC.,<br>BENEFICIAL FINANCE CORP.,<br>Defendants. | No. 03-40268- FDS |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO RECONSIDER ORDER OF DISMISSAL

Defendants, "Household International, Inc." and "Beneficial Finance Corp.", ("Defendants")[1] hereby object to Plaintiffs' Motion To Reconsider the Court's Order of Dismissal. As grounds for this Objection, Defendants state that: (1) Plaintiffs' motion is untimely; (2) there has not been any intervening change in the law; (3) Plaintiffs have failed to present any new evidence not previously available; (4) Plaintiffs have not set forth a clear error of law to suggest that reconsideration is warranted; and (5) Plaintiffs' motion is otherwise frivolous and constitutes a violation of Rule 11 of the Federal Rules of Civil Procedure.

In addition, Defendants incorporate by reference its previously filed memoranda of law including: (1) Memorandum of Law in Support of Defendants' Objection to Plaintiffs' Motion and Amended Motion for Contempt and Request for Sanctions; (2) Memorandum of Law in Support of Defendants' Objections to Plaintiffs' Motion to Reconsider Contempt of Court Order and Request for Sanctions; and (3) Memorandum of Law in Support of Defendants' Motion to

---

[1] As set forth in Defendants' Motion to Dismiss, Plaintiffs have failed to name or serve proper the legal entities. Although this Court lacks jurisdiction over the Defendants due to Plaintiffs' failure to name or serve the proper defendants, the named defendants have no choice but to respond to the Plaintiffs' motions. However, such response(s) are in no way a wavier of any of the defenses set forth in the Answer or pending Motion to Dismiss.

Dismiss, or in the Alternative, Motion to Compel Arbitration and Stay Litigation Pending Arbitration.

**WHEREFORE**, Defendants respectfully request that this Honorable Court deny Plaintiffs' Motion to Reconsider.

Defendants,
Household International, INC. and
Beneficial Finance Corp.,
By their Attorneys,
Shechtman Halperin Savage, LLP,

Gini Spaziano, Esq. BBO #637221
Dean J. Wagner, Esq. BBO #633181
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

### Certificate of Service

I certify that the within Defendants' Objection to Plaintiffs' Motion to Reconsider of Order of Dismissal was served upon the following *pro se* Plaintiffs by first class mail, postage prepaid, on February 9, 2005:

William A. and Maritza Storie
59 Crawford Road
Oakham, MA 01068

Dean J. Wagner, Esquire

2