

**Beneficial**®
Loans You Can Afford. Service You Can Rely On.®
72 Madison St
Worcester, MA 01608-2026

| | |
|---|---|
| Customer ID No.: | 435 3084919186 |
| Check Amount: | $4,001.03 |

**Congratulations! Your responsible credit history has earned you this $4,001.03 loan from Beneficial.**

Dear William Storie,

We're pleased that our sister company Household Retail Services (HRS USA) was able to provide you with the financing you needed. Now, thanks to your credit history and to the excellent way in which you've managed your current HRS USA account, we're sending you this check for $4,001.03 to open your new Beneficial account. To take advantage of this loan offer, please be sure to sign the back of the attached check before you cash it or deposit it in your bank.

Your new Beneficial account offers you a fast and easy way to get the cash you need to make a special purchase, clean up a few nagging bills, fix up the house or car--just about anything you want. It's up to you.

**We look forward to solving your financial needs.**

HRS USA and Beneficial are affiliated companies, and share a tradition that began in 1878--providing people with affordable loans, promptly and courteously. We invite you to join the over one million families who look to us for their financing needs.

**Need more money? Beneficial can help.**

If you have questions, additional needs, or would prefer to do business in person, please stop by your local Beneficial branch office at:

**72 Madison St, Worcester
(508) 756-6253**

We have information on a number of other loan products and programs, and will be happy to discuss any additional financial needs you may have.

We look forward to working with you soon.

Sincerely,

*Kesia Ford*

Kesia Ford
Branch Manager, Beneficial

P.S. To accept this loan offer, please be sure to sign and deposit your check before August 18, 2000. If you do not accept this offer, please remember to destroy the attached check.

\* The Promissory Note and Disclosures found on the back contain a full explanation of the terms and conditions of your loan.

SPECIAL NOTICE - Please see the enclosed document entitled "Important Notice Required Under The Fair Credit Reporting Act" for important information on your rights.

530/22  B 521721
04

*Loans You Can Afford. Service You Can Rely On.*®

23292MA(07/00)435

435
BHRSC

HRS-CP-CHC

| CREDITOR (Called "We", "Us", "Our"): | BORROWER (Called "You", "Your"): |
|---|---|
| Beneficial Massachusetts Inc.<br>72 Madison St<br>Worcester, MA 01608-2026 | William Storie<br>59 Crawford Rd<br>Oakham MA 01068-9736 |

*[handwritten annotations: "5 year", "can use in", "expand equity", "in future"]*

| • ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | • FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Date of Loan |
|---|---|---|---|---|
| 23.292% | $2,185.21 "e" | $4,001.03 | $6,186.24 "e" | July 5, 2000 "e" |

Your Payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| 48 | $128.88 | Monthly, beginning on the Payment Due Date shown on the first Billing Statement. |

**Prepayment:** If you pay off early, you may be entitled to a refund of part of the Finance Charge.

**Late Charge:** If you don't pay any payment in 10 days after it's due, you will pay 5% of the payment, (not over $5.00).

See below for any additional information about nonpayment default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

"e" means an estimate

**PROMISE TO PAY.** By signing the attached check, you agree to the terms of this Promissory Note and Disclosure and promise to pay us the Total of Payments (the sum of Finance Charge plus the Amount Financed) in monthly payments as stated above. Finance Charges include a nonrefundable Administrative Charge of $20 and interest which has been calculated in advance at the Contract Rate of 23.000% per year on the scheduled unpaid balances on the assumption the payments are made on time.

**CREDIT INQUIRY.** By endorsing the attached check, you authorized us to make periodic inquiries about you from any credit reporting agency or third party for the purpose of considering you for future credit offers.

**AGREED RATE OF FINANCE CHARGE.** The Finance Charge is precomputed interest calculated according to the actuarial method on scheduled unpaid balances of Amount Financed at the rate of 23% per annum, plus a $20 nonrefundable Administrative Charge, subject to refund of interest for prepayment in full and to default and deferment charges, all in accordance with the Rate Order of the Small Loans Regulatory Board.

**DATE ON WHICH FINANCE CHARGES BEGIN. PAYMENT DATES.** This loan will be consummated on the date you cash the check for the loan proceeds which you received with this Promissory Note and Disclosures. Finance Charges will begin on the date the check is cashed.

**PREPAYMENT.** If you fully pay before the final payment due date, the amount you owe will be reduced by unearned interest (but not Administrative Charge), computed as of the payment date nearest the date of prepayment in full. Unearned Interest shall be determined by the actuarial method as provided in General Laws, Ch. 140, Sec. 100.

**LATE CHARGE.** If you don't pay any payment in 10 days after it's due, you will pay 5% of the payment, (not over $5.00).

**AFTER MATURITY.** You will pay interest at the rate of 12% per year on any unpaid balance outstanding 1 year after final due date until fully paid. After judgment, you will pay interest at the maximum rate permitted by law.

**BAD CHECK CHARGE.** You will pay our expenses in the amount of $10.00 for any check in payment of your loan which is returned unpaid or dishonored.

**FAILURE TO PAY.** If you don't pay on time, (1) we will notify you of your right to bring your account up to date, and (2) if you don't bring your account up to date in 21 days, without further notifying you before bringing suit, we may sue you for the total amount you owe, less the same rebate of unearned interest (not Administrative Charge) you would receive if you fully prepaid.

**ALTERNATIVE DISPUTE RESOLUTION.** Terms of the Arbitration Provision is provided with this Promissory Note and Disclosure is incorporated herein by reference.

**EXCHANGE OF INFORMATION.** We may share information about you (including but not limited to insurance information and information obtained from credit reporting agencies) among persons related to us by common ownership or affiliated corporate control and with companies doing business with us. You may prohibit that sharing of such information (except for the sharing of such information about transactions or experiences between us and you) by contacting us at P.O. Box 1547, Chesapeake, VA 23320 and making a request.

**CREDIT REPORTING.** If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a credit reporting agency. You may notify us at P.O. Box 8602, Elmhurst, IL 60126 if you believe we have reported inaccurate information regarding your account to a credit reporting agency.

**ITEMIZATION OF AMOUNT FINANCED.** The entire Amount Financed (shown above) will be given directly to you.

*[handwritten notes: "#6,000 Mortgage", "99 W-2", "Quick Claim DEED shows", "W-2 Pay stub mortgage STATEMENT"]*

491918-MA-913-110199
23292MA(07/00)435
MAPCCNLB
MA0456.01
04/21/00 02:40 PM

TRUTH-IN-LENDING DISCLOSURES (Page 1 of 2)

**LENDER** (Called "We", "Our", "Us")
BENEFICIAL MASSACHUSETTS INC.
72 MADISON STREET
WORCESTER MA 01608

**BORROWERS** (Called "You", "Your")   LOAN NO: 521721-527397
STORIE, WILLIAM A
59 CRAWFORD RD
OAKHAM MA 01068

| • ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | • FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Date of Loan |
|---|---|---|---|---|
| 23.213% | $ 3214.40 | $ 4600.00 | $ 7814.40 | 07/12/00 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 130.24 | 08/12/00 |
| 059 | $ 130.24 | Day 12 of each month thereafter. "e" |

<u>Late Charge:</u> If you don't pay any payment in 10 days after it's due, you will also pay 5% of the payment (not over $5.00).

<u>Prepayment:</u> If you pay off early, you may be entitled to a refund of part of the Finance Charge.

See the contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds.

"e" means an estimate

**NOTICE: The following page contains additional information.**

10-17-98 NRE TIL PC                                                                 MAB18101

*S050A74BDP97FED9000MAB18101C**STORIE         *                    CUSTOMER COPY

TRUTH-IN-LENDING DISCLOSURES (Page 2 of 2)

## ITEMIZATION OF THE AMOUNT FINANCED

```
CASH OR CHECK TO BORROWER..................................................$    4600.00
PREPAID FINANCE CHARGE.....................................................$      20.00

AMOUNT FINANCED (EXCLUDING PREPAID FINANCE CHARGE).........................$    4600.00
```

10-17-98 NRE TIL PC

MAB18102

*S050A74BDP97FED9000MAB18102C**STORIE            *              CUSTOMER COPY



**EQUIFAX**

William A Storie
59 Crawford Rd
Oakham, MA 01068
Social Security #: 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

# CREDIT FILE - Confirmation Number: 132101604

## Credit Account Information - Continued

November 17, 2001

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Home Depot CHARGE | CG7F9105-040* | I | 12/99 | 22 | 10/01 | $2050 | 50 | $2015 | | R1 | 10/01 |
| The Home Depot | CG327294-003* | I | 01/94 | 12 | 01/95 | $0 | | $0 | | R1 | 01/95 |
| Universal Bank, Na | 478480000104* | I | 03/93 | 99 | 08/01 | $9600 | 184 | $8837 | | R1 | 09/01 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| Wachovia Bank Card | 432515015178* | I | 01/97 | 55 | 07/01 | $0 | | $0 | | R1 | 08/01 |

Previous Payment History: 1 Time 30 days late
Previous Status: 11/99 - R2
ACCOUNT TRANSFERRED OR SOLD
CREDIT CARD
Address: 4 Piedmont Ctr NE # 3565 Atlanta, GA 30305-4602 Phone #: (800) 241-7990

## Companies that Requested your Credit File

| | | | |
|---|---|---|---|
| 11/17/01 | Equifax - Disclosure | 10/27/01 | Household Finance Corp. |
| 10/13/01 | PRM-Champion Mortgage | 10/08/01 | AR-The Home Depot |
| 10/08/01 | AR-Capital One | 10/01/01 | AR-The Home Depot |
| 09/20/01 | PRM-UC Lending | 09/20/01 | PRM-Centex Home Equity |
| 09/15/01 | AR-Universal Bank, Na | 09/15/01 | AR-Citibank - VISA |
| 08/21/01 | AR-Household Finance Corp | 08/21/01 | AR-Household Retail Services |
| 08/13/01 | AR-The Home Depot | 08/04/01 | AR-Universal Bank, Na |
| 08/04/01 | AR-Citibank - VISA | 07/27/01 | PRM-Capital One |
| 07/23/01 | AR-Household Retail Services | 07/19/01 | PRM-Home First Mortgage |
| 07/18/01 | AR-Household Finance Corp | 07/12/01 | PRM-UC Lending |
| 06/16/01 | AR-Capital One | 06/14/01 | PRM-Western SIERRA Acceptance |
| 06/14/01 | PRM-CB&T | 06/13/01 | AR-Household Finance Corp |
| 06/12/01 | First USA Bank | 05/28/01 | AR-The Home Depot |
| 05/21/01 | AR-Capital One | 05/17/01 | AR-Household Retail Services |
| 05/15/01 | AR-The Home Depot | 05/15/01 | Household Finance Corp. |
| 05/09/01 | AR-Citibank - VISA | 05/09/01 | AR-Universal Bank, Na |
| 04/29/01 | AR-Capital One | 04/24/01 | AR-Household Finance Corp |
| 04/20/01 | AM-Citibank Credit Card | 04/20/01 | AM-Universal Card |
| 04/10/01 | PRM-Ameriquest Mortgage | 04/02/01 | AR-Federal Home Loan Mortgage |
| 03/22/01 | PRM-Ameriquest Mortgage | 03/20/01 | AM-Universal Card |
| 03/20/01 | AM-Citibank Credit Card | 03/13/01 | AR-Household Retail Services |
| 03/08/01 | AR-Household Bank | 03/08/01 | PRM-Associates National Bank |
| 03/02/01 | AR-Federal Home Loan Mortgage | 02/28/01 | AR-Universal Bank, Na |
| 02/28/01 | AR-Citibank - VISA | 02/22/01 | PRM-CB&T |
| 02/12/01 | AR-Household Retail Services | 02/11/01 | AR-The Home Depot |
| 02/09/01 | AR-Household Finance Corp | 02/05/01 | AR-The Home Depot |
| 01/16/01 | AR-Household Bank | 01/02/01 | AR-Federal Home Loan Mortgage |
| 12/21/00 | AR-Universal Bank, Na | 12/21/00 | AR-Citibank - VISA |
| 12/08/00 | PRM-Capital One | 11/29/00 | PRM-Capital One |
| 11/26/00 | AR-The Home Depot | 11/22/00 | Capital One Bank (capstone) |
| 07/10/00 | Household Finance Corp. | 06/21/00 | Equifax Mortgage Servi ADVANCED FINANCIAL S |
| 12/17/99 | Spencer Savings | | |

- End of Credit File -



# Mortgage Account Statement

**GMAC Mortgage** 

| BORROWER INFORMATION | | CO-BORROWER INFORMATION | |
|---|---|---|---|
| Name: | WILLIAM A. STORIE | Name: | WILLIAM E. STORIE |
| Account Number: | 304282346 | Home Phone #: | (508) 882-3810 |
| Home Phone #: | (508) 882-3810 | Work Phone #: | |
| Work Phone #: | (508) 853-2249 | | |

86001 02/01/00 15 00   0002114 07/12/00 GG100201 071002 VISUAL = MAS01   ONE OUNCE

WILLIAM A. STORIE
WILLIAM E. STORIE
59 CRAWFORD STREET
OAKHAM MA 01068-9736



Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 304282346 |
| Current Statement Date | July 10, 2000 |
| Original Maturity Date | January 01, 2026 |
| Interest Rate | 7.75 |
| Current Principal Balance* | $87,638.66 |
| Current Escrow Balance | $113.95- |
| Interest Paid Year-to-Date | $2,270.06 |
| Taxes Paid Year-to-Date | $819.54 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $659.10 |
| Subsidy/Buydown | $0.00 |
| Escrow | $167.18 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $2,478.84 |
| Outstanding Late Charges | $19.77 |
| Other | $7.25 |
| Total Amount Due | $3,332.14 |
| Account Due Date | May 01, 2000 |



For questions on the servicing of your account, call 1-800-766-4622.
See back for automatic payment sign-up information.

### Transactions Since Last Statement

| Description | Due Date | Tran. Date | Transaction Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|---|
| Property Insp Fees Assess | | 07/07/00 | $7.25 | | | | $7.25 |

*This is your Principal Balance only, not the amount required to pay your loan in full.

### Messages

Celebrate summer! Take a vacation, install a pool or build a deck. Consider financing life's luxuries and necessities with a GMAC Mortgage home equity loan or line of credit. By using the equity in your home, you'll pay an interest rate substantially lower than most credit cards. Call us today to apply!
() Call 1-800-753-GMAC to apply over the phone or apply online at www.gmacmortgage.com
() Call 1-800-888-GMAC to make an appointment with your local GMAC Mortgage representative

# MORTGAGE ACCOUNT STATEMENT

For all the comforts of home.℠

**GMAC Mortgage**

| BORROWER INFORMATION | | CO-BORROWER INFORMATION | |
|---|---|---|---|
| Name: | WILLIAM A. STORIE | Name: | WILLIAM E. STORIE |
| Account Number: | 304282346 | Home Phone #: | (508) 882-3810 |
| Home Phone #: | (508) 882-3810 | Work Phone #: | |
| Work Phone #: | (508) 853-2249 | | |

B5001 02/01/00 15 00   0001605 06/20/00 GF160301 061603 VISUAL = MA501    ONE OUNCE

WILLIAM A. STORIE
WILLIAM E. STORIE
59 CRAWFORD STREET
OAKHAM MA 01068-9736


Illustration by Kaytlin Henry, age 9

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 304282346 |
| Current Statement Date | June 16, 2000 |
| Original Maturity Date | January 01, 2026 |
| Interest Rate | 7.75 |
| Current Principal Balance* | $87,638.66 |
| Current Escrow Balance | $113.95- |
| Interest Paid Year-to-Date | $2,270.06 |
| Taxes Paid Year-to-Date | $819.54 |

## DETAILS OF AMOUNT DUE/PAID

| | |
|---|---|
| Principal and Interest | $659.10 |
| Subsidy/Buydown | $0.00 |
| Escrow | $167.18 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $1,652.56 |
| Outstanding Late Charges | $39.54 |
| Other | $0.00 |
| Total Amount Due | $2,518.38 |
| Account Due Date | May 01, 2000 |

*$19.77* (handwritten)

For questions on the servicing of your account, call 1-800-766-4622.
See back for automatic payment sign-up information.

## TRANSACTIONS SINCE LAST STATEMENT

| Description | Due Date | Tran. Date | Transaction Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|---|
| Late Charge Assessed | | 06/16/00 | $19.77 | | | | $19.77 |

*This is your Principal Balance only, not the amount required to pay your loan in full.

## MESSAGES



THIS IS A REMINDER THAT WE HAVE NOT RECEIVED YOUR CURRENT PAYMENT AND A LATE CHARGE HAS BEEN ASSESSED TO YOUR ACCOUNT.

AT THIS TIME YOU HAVE AN OUTSTANDING LATE CHARGE BALANCE OF $39.54.
PLEASE REMIT THIS AMOUNT WITH YOUR PAYMENT FOR A TOTAL AMOUNT DUE OF $2,518.38.

Need help with a new loan? Call our national loan center at
1-800-753-4622 or contact our nearest local branch at 1-800-888-4622.



Ex. D

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 30,007.63 | 2,041.06 |
| 3 Social security wages | 4 Social security tax withheld |
| | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 33,047.15 | 479.11 |
| a Control number | OMB No. 1545-0008 |
| b Employer's ID number | 04-6002284W |
| c Employer's name, address, and ZIP code | |
| COMMONWEALTH OF MASSACHUSETTS | |
| d Employee's social security number | |
| 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 | |
| e Employee's name, address, and ZIP code | |
| WILLIAM A STORIE 59 CRAWFORD ROAD OAKHAM, MA 01068 | |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 0.00 | 0.00 |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| E 0.00 | A 0.00 |
| G 0.00 | C 3,039.52 |
| | E 8.91 |
| 15 Statutory employee ☐ Deceased ☐ Pension plan ☒ Legal rep. ☐ Hshld. emp. ☐ Sub-total ☐ Deferred comp. ☐ | |
| 16 State MA | Employer's state I.D. | 17 State wages, tips, etc. 33,047.15 |
| 18 State income tax 1,847.35 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

Copy 2  City or Local copy

**W-2** Wage and Tax Statement **1999**



# REVOLVING LOAN VOUCHER

**CREDITOR**

BENEFICIAL MASSACHUSETTS INC.
72 MADISON STREET
WORCESTER MA 01608

**BORROWERS**                                              LOAN NO: 521721-17-506554
STORIE, WILLIAM A
59 CRAWFORD RD
OAKHAM MA 01068

Borrowers agree to and direct the disbursements and Advance indicated below. If any estimated amount shown below varies from the actual amount paid, Borrowers agree to the disbursement of the actual amount and a corresponding change to the Advance shown below. Borrowers agree that this Advance is made under Borrowers' Revolving Loan Agreement (account number shown above.)

```
TO: BENEFICIAL ACCOUNT #    52172100527397...........................$    4713.43
TO: CHASE NA..................................................$    3304.00
TO: DISCOVR CD................................................$    5416.00
TO: FORD MOTOR................................................$   16983.00
TO: HOMED/MBGA................................................$    1266.00
TO: SEARS.....................................................$     995.00
TO: SPENCER SA................................................$     255.00
TO: LOAN ORIGINATION FEE......................................$    1850.00
TO: ANNUAL FEE................................................$      50.00

REAL ESTATE TITLE EXAMINATION AND/OR TITLE INSURANCE...........$     175.00
REAL ESTATE APPRAISAL.........................................$     310.00
OFFICIAL FEES (PAID FOR RECORDING DOCUMENTS)..................$      20.00
CASH OR CHECK TO BORROWER.....................................$    3562.57

TOTAL ADVANCE(S)..............................................$   38900.00
```

WITNESS                                                    BORROWERS:

_____          _____

                                                 _____

DATE
09-27-99  Voucher
                                                                               US147911

*S050A74BDP95RLV9000US147911C**STORIE          *                    CUSTOMER COPY

*Pays AB*
*W-2 (1999)*
*Home owners Insurance*
*mortgage statement*

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068,

# HOME EQUITY LOAN PROPOSAL
## FOR WILLIAM A. STORIE

### HOW MUCH EQUITY DO I HAVE AVAILABLE?

| | |
|---|---:|
| Estimated current market value of my home: | $130,000.00 |
| My loan value calculated at 100%: | $130,000.00 |
| Minus my current mortgage balance: | - $87,638.00 |
| Maximum loan I can qualify for (A): | $42,362.00 |

### WHAT ARE MY EXISTING FINANCIAL OBLIGATIONS

| Current Creditors | Monthly Payments | Balance Owed |
|---|---:|---:|
| BANKAMERIC | $32.00 | $1,498.00 |
| CHASE NA | $64.00 | $3,304.00 |
| DISCOVR CD | $113.00 | $5,416.00 |
| FORD MOTOR | $530.00 | $16,983.00 |
| HB NV NA | $30.00 | $993.00 |
| HOMED/MBGA | $36.00 | $1,299.00 |
| SEARS | $18.00 | $995.00 |
| Totals (B) | $823.00 | |
| Totals (C) | | $30,488.00 |

### HOW MUCH CAN I BORROW?

| | |
|---|---:|
| My proposed Beneficial Home Equity Credit Loan (A): | $32,000.00 |
| Less the amount I need to pay my creditors (C): | - $30,488.00 |
| Additional cash available: | $1,512.00 |

### HOW MUCH CAN I SAVE BY CONSOLIDATING MY DEBTS?

| | |
|---|---:|
| My current monthly payments (B): | $823.00 |
| Less my proposed Beneficial Home Equity Credit Loan monthly payment (plus insurance, if applicable): *(Life)* *180 months* x $485.57 |
| My monthly savings with the Home Equity Credit Loan: | $337.43 |

*180 month plan - payment would be @ 557.32*
*monthly savings $265.68*

*break down:*
*1600 - origination fee (should be 100% tax write off)*
*30,000 — [illegible]*
*200 — Document fee*
*30 — Credit card*
*30 — [illegible]*
*31,293 [illegible]*

Page 1 of 2



**FORD CREDIT...WE CAN MAKE IT HAPPEN.**

IBS U590-1 (6/99)

| Account Number | Vehicle Description | Statement Date | Payoff Good Through: | |
|---|---|---|---|---|
| BK A139 AMH2 | 1999 WINST | 04/18/2000 | 05/08/2000 | $17,838.69 |



Ford Credit

For address changes or other communication, feel free to contact us at:

☎ CUSTOMER SERVICE CENTER  1-800-727-7000 Mon - Sat 7 am - 8 pm CST

🖥 WEBSITE ADDRESS  www.fordcredit.com

### TRANSACTIONS SINCE LAST STATEMENT

| Transaction Date | Description | Amount |
|---|---|---|

*Payments received after statement date are not reflected.*

### PAYMENT(S) DUE

| Due Date | Description | Amount |
|---|---|---|
| | Previous balance | $530.73 |
| 05/08/2000 | Payment due | $530.73 |

*Payments received at a location other than the remittance address shown below may delay crediting your account, unless otherwise provided by law.*

If you disagree with Ford Credit regarding the amount necessary to payoff your account, send all communications regarding your disputed payoff and related payments to:

Ford Credit
c/o Payoff Correspondence
P.O. Box 543099
Omaha, NE 68154

As the global leader in automotive financing, Ford Credit offers customers the convenience and flexibility of on-line account access at www.fordcredit.com & phone number (1-800-727-7000).

SAVE time and money! Eligible customers may enroll in Ford Credit's free E-Bill service to view and pay monthly statements online. It's quick, easy, and convenient. Sign up today by visiting https://web.custacct.ford.com (if not already registered follow the "Getting Started" instructions). In addition to E-Bill, "Account Access" provides a variety of services to assist with online account maintenance!

11

As required by law, in some states, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

✂ **DETACH AND RETURN THIS STUB FOR EACH ACCOUNT PAID.** ✂

```
WILLIAM A STORIE                                          53-7159/2113
MARITZA STORIE
59 CRAWFORD RD                        DATE 3/25/00
OAKHAM            MA 01068-9736

PAY TO THE
ORDER OF    Ford Motor Credit 6591 4646 052    $ 530.73

  Five hundred thirty and 73/100                    DOLLARS

  SPENCER SAVINGS BANK
  SPENCER, MA 01562

FOR  BK A 139 AMH2           William A Storie           MP

⑆211371599⑆  3 27 103556⑆             ⑆000000530 73⑆
```



# Kubota.

KUBOTA CREDIT
CORPORATION
2626 PORT RD
PO BOX 07695
COLUMBUS OH 43217-1136

FOR CUSTOMER INQUIRY
PLEASE CALL
(614) 492-1100

WILLIAM A STORIE
59 CRAWFORD RD
OAKHAM MA  01068

PERHAPS YOU HAVE FORGOTTEN TO MAIL YOUR PAYMENT.  PLEASE REVIEW YOUR
RECORDS AND IF PAYMENT HAS NOT BEEN MADE, REMIT THE TOTAL AMOUNT DUE
WITH THIS COUPON.  IF THERE WILL BE A DELAY IN PAYMENT, PLEASE CALL
OUR OFFICE.  THANK YOU.

|  |  |  |
|---|---|---|
| | LOAN NUMBER | 1072417 |
| | LAST PAYMENT AMT | 197.20 |
| | PAST DUE PRINCIPAL | 192.20 |
| | PAST DUE INTEREST | 0.00 |
| | PAST DUE OTHER | 0.00 |
| CUSTOMER NUMBER  -  S176731 | UNPAID LATE CHARGES | 10.00 |
| DATE OF NOTICE    -  11/23/1999 | | |
| LAST PAYMENT DATE -  11/03/1999 | TOTAL AMT DUE | 202.20 |

001999 0663 9XPKN 569         109095                Form SD519A Rev 1 5/98         XP-569-a