

**GMAC Mortgage Corporation**
P.O. Box 85071
San Diego, CA 92186-5071

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

June 20, 2000

Servicing



WILLIAM A. STORIE
WILLIAM E. STORIE
59 CRAWFORD STREET
OAKHAM, MA 01068-9736


RE:  ACCOUNT NUMBER     304282346
     PROPERTY ADDRESS    59 CRAWFORD STREET
                         OAKHAM, MA 01068-9736

DEAR WILLIAM A. STORIE and WILLIAM E. STORIE:

Due to the unresolved default on your loan, it will soon be referred to the Foreclosure Department.  We would like to discuss with you some options that may be available to you that may help you avoid a foreclosure action.  A brief description of these options follows.

   If you have sufficient income to make increased payments, we may be able to work out a REPAYMENT PLAN.

   Another option that may be available is a NOTE MODIFICATION.  This may be done if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

   Another option that may be available is a SHORT SALE.  When you cannot afford your monthly payments and the value of your property is worth less than what is owed, GMACM may accept a short payoff on your loan if you sell your property.

   As a last alternative, we may be able to accept a DEED-IN-LIEU of foreclosure.  This is a voluntary conveyance of your property and will allow you to avoid the time and distress of a foreclosure.

Please contact one of our Loss Mitigation representatives immediately as we would like to discuss any questions or concerns you have regarding your options.  The toll free number is 1-800-850-4622.

Applicable law requires us to inform you that, under these circumstances, we are acting as a debt collector, we are attempting to collect a debt, and any information will be used for that purpose.


Loss Mitigation Department
Mortgage Loan Servicing                                       DMS5-OPTION

```
QPGMR/DQRQDN0062:  00002
```

LOAN: 304282346                JOB: 0004

NAME: WILLIAM A. STORIE

ADDR: 59 CRAWFORD STREET

      OAKHAM MA 01068

---

### I M P O R T A N T

| NAME: | ACCOUNT NO. | DATE: | TIME: |
|---|---|---|---|
| WILLIAM A. STORIE | 304282346 | 6/22/00 | 1:40 |

OUR REPRESENTATIVE CALLED ON YOU TODAY WHILE YOU WERE OUT.
THERE IS AN IMPORTANT MATTER WE WOULD LIKE TO DISCUSS WITH YOU.

PLEASE CALL: GMAC MORTGAGE CORPORATION

CONTACT:   LOAN COUNSELOR                              AT:   1-800-850-4622

---

### P L E A S E   C A L L   A T   O N C E

GMAC Mortgage Corporation
P.O. Box 85071
San Diego, CA 92186-5071

Servicing

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

June 7, 1999



WILLIAM A. STORIE
59 CRAWFORD STREET
OAKHAM, MA 01068-9736

RE: LOAN NUMBER 304282346
    WILLIAM A. STORIE
    59 CRAWFORD STREET
    OAKHAM, MA 01068-9736

Under the terms of your note and security instrument, you are presently in default due to non-payment of the May 1, 1999 installment and subsequent payments up to and including the current months payment.

Your total delinquency must be cured within thirty (30) days of the date of this notice. The amount due to bring the loan current at the present time is $1,691.61, including applicable late charges, nsf fees, and preservation costs. This reinstatement figure must be received prior to month end. If the reinstatement figure previously stated is not posted prior to month end, additional payments and charges will become due.

If the amount due is not received in our office by the specified date, we intend to proceed with foreclosure and accelerate the loan balance without further notice to you. In such case your property will be sold at a foreclosure sale and you will be required to vacate the premises. We shall be entitled to collect all reasonable costs and expenses incurred in pursuing these remedies in accordance with the terms of your security instrument.

You have the right to reinstate the security instrument(s) after acceleration, if prior to the scheduled foreclosure sale of the property you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to bring a court action to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property securing the note.

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have any questions regarding this letter please contact the undersigned on our toll free number 800-850-4622.

GMAC Mortgage Corporation

Collection Department

cc



*Paystus*
*W-2 (1999)*
*Home owners Insurance*
*mortgage statement*

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068,

# HOME EQUITY LOAN PROPOSAL
## FOR WILLIAM A. STORIE

### HOW MUCH EQUITY DO I HAVE AVAILABLE?

| | |
|---|---:|
| Estimated current market value of my home: | $130,000.00 |
| My loan value calculated at 100%: | $130,000.00 |
| Minus my current mortgage balance: | - $87,638.00 |
| Maximum loan I can qualify for (A): | $42,362.00 |

### WHAT ARE MY EXISTING FINANCIAL OBLIGATIONS

| Current Creditors | Monthly Payments | Balance Owed |
|---|---:|---:|
| BANKAMERIC | $32.00 | $1,498.00 |
| CHASE NA | $64.00 | $3,304.00 |
| DISCOVR CD | $113.00 | $5,416.00 |
| FORD MOTOR | $530.00 | $16,983.00 |
| HB NV NA | $30.00 | $993.00 |
| HOMED/MBGA | $36.00 | $1,299.00 |
| SEARS | $18.00 | $995.00 |
| Totals (B) $823.00 | Totals (C) | $30,488.00 |

### HOW MUCH CAN I BORROW?

| | |
|---|---:|
| My proposed Beneficial Home Equity Credit Loan (A): | $32,000.00 |
| Less the amount I need to pay my creditors (C): | - $30,488.00 |
| Additional cash available: | $1,512.00 |

### HOW MUCH CAN I SAVE BY CONSOLIDATING MY DEBTS?

| | |
|---|---:|
| My current monthly payments (B): | $823.00 |
| Less my proposed Beneficial Home Equity Credit Loan monthly payment (plus insurance if applicable): *(1.Fe)* *180 months x* | $485.57 |
| My monthly savings with the Home Equity Credit Loan: | $337.43 |

*120 month plan = payment would be $557.32*
*monthly savings $265.68*

*Break Down:*
*$32,000 —*
*$1600 — origination fee (should be 100% tax write off)*
*200 — Document fee*
*310 — appraisal fee*
*21 — Deed recording*
*170 — title search*
*31,299 cash to pay Bills —*

Page 1 of 2

WILLIAM A. STORIE
59 CRAWFORD RD
OAKHAM, MA 01068,

# HOME EQUITY LOAN PROPOSAL
# FOR WILLIAM A. STORIE



**WHAT WILL THE INTEREST RATE ON MY ACCOUNT BE?**

| | | |
|---|---|---|
| Contract Rate: | 14.50 | Term 180 Months |
| Prepared By: | SUZANNE RAUSCHER | APR: |
| Phone Number: | (508)756-6253 | |
| Date: | 07/11/2000 | |
| | 72 MADISON STREET | |
| | WORCESTER , | MA |

Comments: PUT YOUR EQUITY TO WORK FOR YOU. TURN ALL YOUR BILLS INTO ONE LOW MONTHLY PAYMENT AND YOU MAY SAVE EVEN MORE WITH 100% TAX DEDUCTION ( IN MOST CASES)

*Maximum Credit Loan, annual percentage rate, and other terms are subject to available equity in home, individual state law and Beneficial policy.
You should consult a tax advisor regarding the deductibility of interest and charges for the credit loan.

This non-binding loan proposal is for informational purposes only. Terms are subject to change.
The terms of your loan will be governed solely by the signed loan agreement.

| WILLIAM A. STORIE | | Prepared By: | SUZANNE RAUSCHER |
| --- | --- | --- | --- |
| 59 CRAWFORD RD | | Phone Number: | (508)756-6253 |
| OAKHAM, MA 01068 | | Date: | 07/11/2000 |

**E-Z Pay Plus Loan Proposal**
**For WILLIAM A. STORIE**

| | Loan Amount | Payment | Contract Rate | APR | Years | Interest Savings |
| --- | --- | --- | --- | --- | --- | --- |
| Standard Monthly Loan | $33,800.00 | $461.54 | 14.500 | | 15.00 | |
| E-Z Pay Plus | $33,800.00 | $230.77** | 14.500 | 14.494 | 11.77 | |
| | | | | Savings | 3.23 | $12,645.97 |







**This example assumes you have elected the automatic loan repayment service known as E-Z Pay Plus in which payments are made every 2 weeks. This payment figure does not include the monthly fee paid to Fort Knox National Bank for this service.

This information is for illustration purposes only and is not intended to be a binding commitment. Actual figures will depend upon the contractual terms of your loan.

The illustration above assumes that you will make all your payments every 2 weeks so that we receive them on or before your scheduled due date. If you make a payment later than the scheduled due date, this schedule will be changed and you also will not realize the full savings indicated on the loan proposal above.



This Arbitration Rider is signed as part of your Agreement with Lender and is made a part of that Agreement. By signing this Arbitration Rider, you agree that either Lender or you may request that any claim, dispute, or controversy (whether based upon contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed. The party initiating the arbitration proceeding shall have the right to select one of the following three arbitration administrators: the National Arbitration Forum ("NAF"), the American Arbitration Association ("AAA") or JAMS/Endispute ("JAMS"). The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. The arbitrator shall be independent of and unrelated to you or Lender. The rules and forms of the NAF, AAA and JAMS may be obtained by writing to or calling these organizations at the addresses and/or telephone numbers listed below. Our address for the Service of process under this provision is P.O. Box 1547, Chesapeake, VA 23320.

Any participatory arbitration hearing that you attend will take place in the city nearest to your residence where a federal district court is located or at such other location as agreed by the parties.

If Lender files a Claim, Lender shall pay all the filing costs. If you file a Claim, the filing costs shall be paid as follows: (a) Lender agrees to pay for the initial cost of the filing the Claim up to the maximum amount $100.00; (b) for the filing costs over $100.00, such additional cost shall be divided equally between us up to the amount charged by the arbitration administrator for a Claim equal to your loan amount; and (c) all costs over the amount charged by the arbitration administrator for a Claim equal to your loan amount shall be paid by you. The cost of up to one full day of arbitration hearings will be shared equally between us. Fees for hearings that exceed one day will be paid by the requesting party. We shall each bear the expense of our respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the arbitration administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor you will not be required to reimburse us for any fees we have previously paid to the arbitration administrator or for which we are responsible.

This Arbitration Rider is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The Arbitrator shall apply applicable substantive law consistent with the FAA, including laws concerning reception, rejection and consideration of evidence, and shall provide written reasoned findings of fact and conclusions of law. The Arbitrators award shall not be subject to appeal except as permitted by the FAA. The parties agree that the award shall be kept confidential. Judgement upon the award may be entered in any court having jurisdiction. All statutes of limitations that would otherwise be applicable shall apply to any arbitration proceeding.

The Arbitrator shall be empowered to impose sanctions and to take such other actions as the Arbitrator deems necessary to the same extent as could be imposed by a judge pursuant to the Federal Rules of Civil Procedure.

This Arbitration Rider shall survive repayment of your loan and/or termination of the Agreement. If any portion of this Arbitration Rider is deemed invalid or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this Arbitration Rider of the Agreement. In the event of a conflict or inconsistency between the rules and procedures of the arbitration administrator and this Arbitration Rider, this Arbitration Rider shall govern. No class actions or joiner or consolidation of any Claim with the claim of any other person are permitted in arbitration without the written consent of you and us.

No provision of, nor the exercise of any rights under this Arbitration Rider shall limit the right of any party during the pendency of any Claim, to seek and use ancillary or preliminary remedies, judicial or otherwise, for the purposes of realizing upon, preserving, protecting or foreclosing upon any property involved in any Claim or subject to the loan documents. The use of the courts shall not constitute a waiver of the right of any party, including the plaintiff, to submit any Claim to arbitration nor render inapplicable the compulsory arbitration provisions contained in this Arbitration Rider.

06-15-00 ARBIT RIDER



*S050A74BDP95HAR9000US024651O**STORIE

ORIGINAL

US024651

THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.

You may contact, obtain the arbitration rules of, or file a Claim with NAF, AAA, or JAMS as follows:

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
(800) 474-2371
www.arb-forum.org
Code of Procedure

American Arbitration Association
1150 Connecticut Ave, NW, 6th Floor
Washington, DC 20036-4104
(800) 925-0155
www.adr.org
Arbitration Rules for Consumer Related Disputes (Claims under $10,000). Commercial Arbitration Rules (all other claims).

J.A.M.S./Endispute
700 11th St., NW, Suite 450
Washington, DC 20001
(800) 352-5267
www.jamsadr.com
Financial Services Arbitration Rules and Procedures.

Borrower: _William O. Fax_ (signature)

Print Name: _William Storie_

LENDER
By: _Lisa M. Ford_ (signature)

Borrower: _____

Print Name: _____

Date: _8.21.00_

06-15-00 ARBIT RIDER



*S050A74BDP95HAR9000US024652D**STORIE

US024652

ORIGINAL



Ex. K

**Household Auto Finance**
Bad Credit OK. Qualify Instantly
Lending Partners in Every State.

**Argent Mortgage Company**
Nationwide Independent Broker/
Banker Subprime Loan Lender.

**Sub Prime**
Refinance with Ameriquest
Mortgage. Bad Credit OK.

**Sub prime**
Compare up to 4 free off
1 easy form. Get offers t
now.

Ads by G



Home | New Forums | Reference Forums




# ALERT - RICO Suit Against HSBC

  

News Release Forum Index -> Past settlements

| Author | Message |
|---|---|

Posted: Mon Oct 25, 2004 8:30 pm

**tblake**
Site Admin

Joined: 07 Aug 2004
Posts: 4

**ALERT - RICO Suit Against HSBC**

By ROB JOHNSON
Staff Writer, Nashville Tennessean

Mortgage borrowers file RICO lawsuit

Two former Tennessee customers of nationwide mortgage lender Household International are charging in a Nashville federal court that the corporation was functioning as a racketeering operation when it offered misleading loan terms to its potential clients.

The allegations are, in part, a reprise of the charges underlying a $484 million settlement reached in 2002 between Household and 50 state attorneys general who were investigating predatory lending in the "sub prime" lending market, which specializes in high-cost loans for those with low credit ratings.

Nashville attorney G. Kline Preston IV argues that Household is liable under the civil part of the Racketeer Influenced and Corrupt Organization statutes. These federal criminal laws were designed to aid prosecutors in the battle against organized crime and criminal gangs, but they have a civil provision that makes possible awarding triple damages if a lawsuit is successful.

Household was acquired by HSBC Holdings PLC in March 2003. Company

spokesman James Piepers declined to comment on the federal suit Friday because the corporation had not been served with it.

Plaintiffs Billy Suddarth Jr. and Angela Suddarth, who did not participate in the settlement, argue that they were victimized by Household's lending practices afte they purchased a business that had previously obtained financing from Household

The lawsuit says that more than 13,000 Tennesseans were defrauded by the company.

Among the complaint's charges:

• Household misrepresented interest rates by trying to disguise a high-rate mortgage as a low-rate loan. The plaintiffs also allege that the company misled consumers into thinking that they were reducing their principal amounts because of lower interest rates, when in fact it was because of a requirement that they make extra payments.

• Household lent money on terms that would eventually require large balloon payments, without disclosing the existence or amount of those balloon payments.

• The company applied payments to customers' accounts in such a way that even if a scheduled payment was not late, it would create a shortfall in interest, which resulted in excess finance charges.

The lawsuit claims the company's actions "establish a pattern of racketeering activity" that defrauded the plaintiffs between Jan. 1, 1999 and Sept. 30, 2002.

The lawsuit incorporates the pleadings of the state's action against Household tha resulted in last year's settlement agreement in Davidson County Chancery Court.

The settlement followed a multistate investigation into allegations that Household was misrepresenting essential information such as loan costs, repayment requirements and insurance terms.

Tennesseans were entitled to $6.5 million under the terms of the settlement, according to the state Department of Financial Institutions.

The federal suit seeks unspecified damages.

The civil provisions of RICO enable plaintiffs' attorneys to charge that their clients have suffered economic harm because of a pattern of fraud and misconduct.

Plaintiffs in a civil action must prove their case based on a "preponderance of the evidence," a less stringent standard than "beyond reasonable doubt," which applies in criminal prosecutions.

The case has been assigned to U.S. District Court Judge Robert Echols.

Rob Johnson can be reached at 664-2162.

Ref: http://www.tennessean.com/local/archives/04/09/60293750.shtml?Element_ID=60293750

  QUOTE  PAGE-T!

  

**News Release Forum Index -> Past settlements**

Jump to: Past settlements

**Further options**

All times are GMT - 5 Hours

**Page 1 of 1**

**View previous topic :: View next topic**

Display posts from previous: All Posts | Oldest First | Go

You **can** post new topics in this
You **can** reply to topics in this
You **cannot** edit your posts in this
You **cannot** delete your posts in this
You **cannot** vote in polls in this

Powered by phpBB 2.0.10 © 2001, 2002 phpBB Group
Illusion template v.1.0.2 © Jasidog.com

POWERED BY PHPBB COPYRIGHT THE PHPBB GROUP    A JASIDOG.COM