UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM A. & MARITZA STORIE,    )
    Plaintiffs,    )
        )
VS.    )    No. 03-40268-FDS
        )
HOUSEHOLD INTERNATIONAL, INC.,    )
BENEFICIAL FINANCE CORP.,    )
    Defendants.    )

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING ON MATTERS INVOLVING "RELEASE" AND "JURISDICTION" PENDING OUTCOME OF RULING ON PLAINTIFF'S MOTION TO RECONSIDER

Plaintiffs, William A. & Maritza Storie, *pro se*, respectfully submit this Motion for Leave to File Supplemental Pleading on Matters Involving "Release" and "Jurisdiction" pending outcome of ruling on Plaintiff's Motion to Reconsider for the following reasons:

1.    There are further matters of law that should be argued regarding Maritza Storie's status as a non-signitor to the Settlement Release when she was not included as a class member. This argument should make the Release Null and Void. Mrs. Storie should have been a class member and was given no information about her rights, nor was she requested to sign the release, nor did she. She, as co-owner of secured property and signer of mortgage note, support finding the release invalid.

2.    There are matters of law regarding Plaintiff, William Storie's intervention to opt out of the Settlement that should be argued further.

3.    There are contract law principles that should be argued further regarding the Settlement Release (Contract). Failure of Consideration and Breach of Contract (new offense post

signing of release). The validity of the release is contingent upon Defendants adhering to the Massachusetts Settlement Agreement. By its terms, a violation of TILA after the time the release was signed, in regards to a Payout Request, should be a breach of contrct.

4.  Matters involving Jurisdiction have been litigated and decided in ACORN v. Household International therefor, *Res Judicata* should apply. This argument should be mute.


Plaintiffs would like to request to this honorable court that this motion and following memorandum be contingent only upon a favorable ruling for Plaintiffs regarding Plaintiff's Motion to Reconsider. Plaintiffs realize an unfavorable ruling will make this argument mute. This statement, in know way, looks to end this process to hold Defendants accountable for their actions. This request is only to prevent undue effort for all parties involved but to bring matters to the courts attention as quickly as possible prior to a further ruling on Defendant's Motion to Dismiss.

Plaintiffs request leave to file a memorandum supporting supplemental pleading **2 weeks** post a ruling on Plaintiffs Motion to Reconsider. The court's consideration is appreciated in this and all matters.


Plaintiffs,
William A. and Maritza Storie, *Pro Se*


William A. Storie


Maritza Storie

59 Crawford Road
Oakham, MA 01068
(508) 882-3810

2

1-508-882-3810

## Certificate of Delivery

I certify that the within Motion for Leave to File Supplemental Pleading on Matters Involving "Release" and "Jurisdiction" pending outcome of ruling on Plaintiff's Motion to Reconsider was served upon the following Counsel for Defendants' by USPS Priority Mail on 2/17/05.

Household International, Inc. and
Beneficial Finance Corp., et al
By their Attorneys,
Schechtman Halperin Savage, LLP
Attorney, Gina Spaziano
86 Weybosset Street
Providence, RI 02903

William A. Storie, *pro se*

3